Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Skinny & Co., Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Skinny and Company, LLC<br>Skinny Coconut Oil, LLC<br>Skinny & Co., LLC<br>Apothecare RX |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 32-0415058 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| PO 68445 | PO Box 68445 |
| Number        Street | Number          Street |
| | |
| | P.O. Box |
| Indianapolis          IN      46268 | Indianapolis          IN      46268 |
| City                        State    ZIP Code | City                        State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Marion County | Dreiske's Storage |
| County | Number          Street |
| | Tiller Ct., Suite D |
| | Westfield          IN      46074 |
| | City                        State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.skinnyandcompany.com |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Skinny & Co., Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/ .
   5199___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

   District _____ When _____
   MM / DD / YYYY

   Case number, if known _____

| Debtor | Skinny & Co., Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number        Street

    _____

    _____
    City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Skinny & Co., Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/06/2023
MM / DD / YYYY

✘ /s/ Luke Geddie
Signature of authorized representative of debtor

Luke Geddie
Printed name

Title President

**18. Signature of attorney**

✘ /s/ Wendy Brewer
Signature of attorney for debtor

Date 04/06/2023
MM / DD / YYYY

Wendy Brewer
Printed name

Fultz Maddox Dickens, PLC
Firm name

333 N. Alabama Street 350
Number      Street

Indianapolis
City

IN
State

46204
ZIP Code

3175679048
Contact phone

wbrewer@fmdlegal.com
Email address

22669-49
Bar number

IN
State

---

Skinny & Co., Inc.

Debtor _____     Case number *(if known)*_____
First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

**Location Of Assets**                          **Graston Technique 7801 E. 88th Street**
                                                **Indianapolis, IN 46256, Marion County**

**Fill in this information to identify the case:**

Debtor name _____Skinny & Co., Inc._____

United States Bankruptcy Court for the: ____Southern District of Indiana____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

**Part 1:**  **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...........................................................

   $ _____390,275.47

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................

   $ _____390,275.47

---

**Part 2:**  **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............

   $ _____754,457.23

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................

   $ _____2,999.10

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......................

   +$ ____2,196,701.25

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b

   $ ____2,954,157.58

---

| **Fill in this information to identify the case:** |
|---|
| Debtor name    Skinny & Co., Inc. |
| United States Bankruptcy Court for the:   Southern District of Indiana |
| Case number (If known):   _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AD&H Capital, LLC f/k/a Guzza USA, LLC 10501 N. Central Expressway Suite 250 Dallas, TX, 75231 | Jose Maria Loyola | Monies Loaned / Advanced | Disputed Contingent | | | 450,000.00 |
| 2 | Orient Exploration, LLC 3203 Reba Drive Houston, TX, 77019 | Mike Lance mikelance@comcast.net | Convertible Debt | | | | 279,021.00 |
| 3 | David Noebel 504 N. Park Ave. Indianapolis, IN, 46202 | David Noebel 719-332-8548 noebel252@gmail.com | Convertible Debt | | | | 188,000.00 |
| 4 | Mike Will 13818 Roy Anderson Blvd. Fishers, IN, 46038 | Mike Will michaelewill@gmail.com | Redemption and Settlement Agreement | | | | 105,000.00 |
| 5 | Prologis NA2 U.S. LLC 6650 Telecomm Drive Indianapolis, IN, 46278 | Lacy Emsweller lemsweller@prologis.com | Terminated lease warehouse. Charges reduced to Judgment dated 2/22/22, Marion County Superior Court Case No. | | | | 59,823.01 |
| 6 | Tom Will 9914 Springstone Rd. McCordsville, IN, 46055 | Tom Will tewill56@gmail.com | Convertible Debt | | | | 59,756.00 |
| 7 | Prima Staffing Solutions, LLC 5628 W. 74th Street Indianapolis, IN, 46278 | Jodi Merryman 317-695-1862 | Services | | | | 59,194.89 |
| 8 | First Financial Bank P.O. Box 42070 Middletown, OH, 45042-0070 | | Credit Card Debt | | | | 49,995.43 |

Debtor    Skinny & Co., Inc.
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Russell Sherlock 12132 Windpointe Pass Carmel, IN, 46033 | Russel Sherlock rwsherlock@me.com | Convertible Debt | | | | 49,048.00 |
| 10 | Phillip E. Himelstein 324 Mes Rd. Santa Monica, CA, 90402 | Phil Himelstein phimelstein@gmail.com | Convertible Debt03/27/2017 | | | | 49,048.00 |
| 11 | Michael Ostreicher 2444 Madison Rd. Unit 1010 Cincinnati, OH, 45208 | Michael Ostreicher moestreicher@sprintmail.com | Convertible Debt | | | | 49,048.00 |
| 12 | Aerotek 2625 S. Plaza Dr. Suite 200 Tempe, AZ, 85282 | Darreyl Woodson 480-665-3365 darwoodson@aerotek.com | Services | | | | 44,667.30 |
| 13 | Tory Johnson Productions 155 W. 72nd Street Suite 403 New York, NY, 10023 | Gianna Fata gianna@toryjohnnson.com | Suppliers or Vendors | | | | 40,154.14 |
| 14 | NetSuite (Wells Fargo) 800 Walnut Street Des Moines, IA, 50309 | Nick Reynolds 952-444-8428 nicholas.reynolds@wellsfargo.com | Suppliers or Vendors | | | | 36,182.95 |
| 15 | Fifth Third Bank MD 1MOC2G 5050 Kingsley Drive Cincinnati, OH, 45227-1115 | | Credit Card Debt | | | | 27,256.77 |
| 16 | On Air Direct 1000 Armand Hammer Blvd Pottstown, PA, 19464 | Kim Curley 888-987-7447 x132 kcurley@onairdirect.com | Suppliers or Vendors | | | | 25,437.82 |
| 17 | Plumb/Tag Management 1227 Prospect Street Suite 200 La Jolla, CA, 92037 | Michelle Ahrens 619-225-9322 mahrens@thinkplumb.com | Services | | | | 23,531.25 |
| 18 | Macy's Inc. c/o TSI Commercial Division 500 Virginia Dr. #514 Ft. Fort Washington, PA, 19034 | Irene Lancia 866-597-7966 irene.lancia@tsico.com | Suppliers or Vendors | | | | 22,779.15 |
| 19 | Lotus Light 1100 E. Lotus Drive Silver Lake, WI, 53170 | Reba Fischer 262-889-7447 x 132 reba@lotuspress.com | Services | | | | 22,682.50 |
| 20 | Aromaz International c/o Aaron Bryant Stewart & Cross 3189 Princeton Rd, Suite 217 Hamilton, OH, 45011 | Nicole Vayo 513-795-0849 nvayo@abscrecovery.com | Suppliers or Vendors | | | | 19,615.71 |

**Fill in this information to identify the case:**

Debtor name _Skinny & Co., Inc._

United States Bankruptcy Court for the: _Southern District of Indiana_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Fifth Third Bank | Checking | 4  6  6  4 | $ 0.00 |
| 3.2. | First Financial Bank | Checking | 3  3  4  7 | $ 210.25 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | Paypal Account xWXZQ - info@skinnyandcompany.com | $ 65.22 |
| 4.2. | | $ _____ |

5. **Total of Part 1**    $ 275.47

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | _____ | $ _____ |
| 7.2. | _____ | $ _____ |

Debtor   Skinny & Co., Inc.
_____Name_____

Case number (if known)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔   $_____
face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔   $_____
face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____
14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

15.1._____   _____%   _____   $_____
15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____
16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor ___Skinny & Co., Inc._____     Case number *(if known)*_____
      Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>Raw materials | 04/06/2023<br>MM / DD / YYYY | $ 40,382.64 | Cost | $ Unknown |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.   $ 0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor ___Skinny & Co., Inc._____    Case number (if known)_____
          Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                      $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                                      $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Debtor    Skinny & Co., Inc.
          _____          Case number (if known)_____
          Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  Skinny & Co., Inc.
_____
Name

Case number (*if known*)_____

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

  ☑ No. Go to Part 10.

  ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                      $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☐ No

  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Schedule A/B Part 10, Question 60 Attachment | $_____ | _____ | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>skinnyandcompany.com | $_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65. **Goodwill**<br>Goodwill of the Business | $_____ | | Unknown<br>$_____ |

66. **Total of Part 10.**

  Add lines 60 through 65. Copy the total to line 89.

                                                      $ 0.00

---

Debtor   Skinny & Co., Inc.   _____   Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ − _____ = ➜ $_____
                                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____   $_____

   Nature of claim   _____

   Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   Employee Retention Tax Credit   _____   $ 390,000.00

   Nature of claim   Pending

   Amount requested   $ 390,000.00

76. **Trusts, equitable or future interests in property**

   _____   $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

   _____   $_____
   _____   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.   $ 390,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

Debtor ___Skinny & Co., Inc._____        Case number *(if known)*_____
             Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 275.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 390,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 390,275.47 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... 390,275.47 | | $ 390,275.47 |

Debtor 1    Skinny & Co., Inc.

First Name    Middle Name    Last Name        Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**T2-C Labeler and**                                        **Unknown**
**LF-200 8" Label**
**Finisher**

**PE Labeler**                                             **Unknown**

**Skinny & Co., Inc.**
**U.S. Patents and Patent Applications**

| Country and Application No. | Title | Filing Date | Publication No. | Patent No. | Patent Date | Status |
|---|---|---|---|---|---|---|
| US 14/303,081 | DEHUMIDIFICATION METHOD AND APPARATUS | 6/12/14 | US 2015/0359236 | 9,560,859 | 2/7/2017 | Patented – Maintenance Fee Due 8/7/2020 |
| PCT/US15/35535 | DEHUMIDIFICATION METHOD AND APPARATUS | 6/12/15 | WO 2015/191989 | NA | NA | Expired (Entered National Stage); Claims Priority to US 14/303,081 |
| US 15/005,252 | DEHUMIDIFICATION METHOD AND APPARATUS | 1/25/16 | US 2017/0020149 | NA | NA | Published and Under Active Prosecution; Divisional Application of US 14/303,081 |
| Canada (CA) 2,952,117 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | NA | NA | NA | Pending; Maintenance Fee Due 6/12/2019; Substantive Examination Deadline is 6/12/2019 |
| Great Britain (GB) GB1700410.2 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | GB2542308 | NA | NA | Pending |
| India (IN) 201717001102 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | NA | NA | NA | Abandoned (Per 6/5/2018 Instructions) |
| Indonesia (ID) P00201700165 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | NA | NA | NA | Abandoned (Per 6/5/2018 Instructions) |
| Malaysia (MY) PI 2016002186 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | NA | NA | NA | Pending; Substantive Examination Deadline is 6/12/2019 |
| Mexico (MX) MX/a/2016/016448 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | NA | NA | NA | Pending |
| Philippines (PH) 1-2016-502459 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | NA | NA | NA | Allowed; Issue Fee Due 7/2/2019 |
| Sri Lanka (LK) 19115 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | NA | NA | NA | Pending |
| Vietnam (VN) 1-2016-05168 | DEHUMIDIFICATION METHOD AND APPARATUS | Effectively 6/12/15 | NA | NA | NA | Pending |
| Fiji | NA | NA | NA | NA | NA | A Patent in Fiji can be Obtained Upon Request |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Within Three (3) Years of Grant of Patent in Great Britain. |
| Solomon Islands | NA | NA | NA | NA | NA | A Patent in the Solomon Islands can be Obtained Upon Request Within Three (3) Years of Grant of Patent in Great Britain. |

** Each Patent and Patent Application is Owned by Skinny & Co., Inc. via Assignment from the Inventor

**Skinny & Co., Inc.**
**U.S. Trademark Registrations and Applications**

| Mark | Goods/Services | Ser. No. | Filing Date | Reg. No. | Reg. Date | Status |
|---|---|---|---|---|---|---|
| SKINNY COCONUT OIL | IC 29: Coconut oil | 86062483 | 9/12/13 | 5015388 | 5/24/16 | Registered – Declaration of Use due 5/24/22 |
| SKINNY & CO. | IC 3: All-purpose cleaners; Bath soaps in liquid, solid or gel form; Coconut oil for cosmetic purposes; Cosmetic soaps; Hair care preparations consisting of organic coconut virgin oil and coconut virgin oil; Hair shampoos and conditioners; Hand soaps; Lip balm; Non-medicated cosmetic skin care preparations consisting of organic coconut virgin oil and coconut virgin oil; Non-medicated lip care preparations; Non-medicated lip protectors; Soaps and detergents; Soaps for household use; Soaps for personal use | 86408898 | 9/29/14 | 5232984 | 6/27/17 | Registered – Declaration of Use due 6/27/23 |
| SKINNY & CO. | IC 29: Coconut oil; Coconut oil and fat | 86978951 | 9/29/14 | 5646121 | 1/8/19 | Registered - Declaration of Use due 1/8/25 |
| TASALLI | IC 3: Body butter; Roller bottles sold filled with essential oils <br> IC 4: Aromatherapy fragrance candles | 88017564 | 6/27/18 | 5679756 | 2/19/19 | Registered - Declaration of Use due 2/19/25 |
| SKINNY & CO. | IC 32: Coconut water | 86978969 | 9/29/14 | n/a | n/a | Pending – Statement of Use due 6/18/19 |
| SKINNY & CO. | IC 30: Flour | 86978968 | 9/29/14 | n/a | n/a | Pending – Statement of Use due 6/18/19 |
| SKINNY & CO. | IC 5: Dietary and nutritional supplements; Dietary supplemental drinks; Flaxseed dietary supplements; Flaxseed oil dietary supplements; Food supplements; Ground flaxseed fiber for use as a dietary supplement; Herbal supplements; Homeopathic supplements; Nutritional supplements | 86978950 | 9/29/14 | n/a | n/a | Pending – Statement of Use due 6/18/19 |
| RAW BEAUTY BY SKINNY | IC 3: Baby lotion; Baby oils; Baby powders; Baby shampoo; Bath soaps; Bath soaps in liquid, solid or gel form; Coconut oil for cosmetic purposes; Face and body lotions; Hair care preparations; Hair shampoos and conditioners; Lip balm; Non-medicated lip care preparations; Non-medicated skin care preparations; Non-medicated sun care preparations; | 88128691 | 9/24/18 | n/a | n/a | Pending – Statement of Use due 9/5/19 |

| | Baby hand soap; Non-medicated hand soaps; Non-medicated lip protectors | | | | |
|---|---|---|---|---|---|
| PURE BABY BY SKINNY | IC 29: Edible oil, namely, coconut oil | 88164273 | 10/22/18 | n/a | n/a | Pending – Will be published |
| LOVEOLOGY | IC 3: Baby lotion; Baby oils; Baby powders; Baby shampoo; Bath soaps; Bath soaps in liquid, solid or gel form; Coconut oil for cosmetic purposes; Face and body lotions; Hair care preparations; Hair shampoos and conditioners; Lip balm; Non-medicated lip care preparations; Non-medicated skin care preparations; Non-medicated sun care preparations; Baby hand soap; Non-medicated hand soaps; Non-medicated lip protectors IC 29: Edible oil, namely, coconut oil | 88164264 | 10/22/18 | n/a | n/a | Pending – Statement of Use due 11/7/19 |
| APOTHOCARE BY SKINNY | IC 5: Dietary supplement drink mixes; Dietary supplemental drinks; Dietary supplements; Food supplements; Herbal supplements; Homeopathic supplements; Mineral supplements; Nutritional supplements; Probiotic supplements; Vitamin supplements | 88164279 | 10/22/18 | n/a | n/a | Pending - Statement of Use due 11/7/19 |
| SKINNY PAW | IC 3: Coconut oil for cosmetic purposes; Pet shampoos IC 29: Edible oil, namely, coconut oil IC 31: Pet food; Edible pet treats | 88128696 | 9/24/18 | n/a | n/a | Pending - Statement of Use due 10/2/19 |
| SKINNY PANTRY | IC 29: Edible oil, namely, coconut oil | 88128701 | 9/24/18 | n/a | n/a | Pending – Statement of Use due 10/2/19 |
| SKINNY+ | IC 3: CBD-infused body care products, namely, body balms and lip balms IC 5: CBD-infused nutritional supplements IC 30: CBD-infused coffee packets | 88381132 | 4/11/19 | n/a | n/a | Pending – Not yet assigned to Examiner |

**Skinny & Co., Inc.**
**Foreign Trademark Registrations and Applications**

| Mark | Country | Goods/Services | Reg. No. | Reg. Date | Status |
|---|---|---|---|---|---|
| SKINNY & CO. | WIPO | IC 3: All-purpose cleaners; bath soaps in liquid, solid or gel form; coconut oil for cosmetic purposes; cosmetic soaps; hair care preparations consisting | 1295427 | 2/22/16 | Registered; renewal due 2/22/2026 |

| | | | | | |
|---|---|---|---|---|---|
| | | of organic coconut virgin oil and coconut virgin oil; hair shampoos and conditioners; hand soaps; lip balm; non-medicated cosmetic skin care preparations consisting of organic coconut virgin oil and coconut virgin oil; non-medicated lip care preparations; non-medicated lip protectors; soaps and detergents; soaps for household use; soaps for personal use.<br>IC 5: Dietary and nutritional supplements; dietary supplemental drinks; flaxseed dietary supplements; flaxseed oil dietary supplements; food supplements; ground flaxseed fiber for use as a dietary supplement; herbal supplements; homeopathic supplements; nutritional supplements<br>IC 29: Coconut oil; coconut oil and fat<br>IC 30: Flour<br>IC 32: Coconut water | | | |
| SKINNY & CO. | UK | IC 3: All-purpose cleaners; bath soaps in liquid, solid or gel form; coconut oil for cosmetic purposes; cosmetic soaps; hair care preparations consisting of organic coconut virgin oil and coconut virgin oil; hair shampoos and conditioners; hand soaps; lip balm; non-medicated cosmetic skin care preparations consisting of organic coconut virgin oil and coconut virgin oil; non-medicated lip care preparations; non-medicated lip protectors; soaps and detergents; soaps for household use; soaps for personal use.<br>IC 5: Dietary and nutritional supplements; dietary supplemental drinks; flaxseed dietary supplements; flaxseed oil dietary supplements; food supplements; ground flaxseed fiber for use as a dietary supplement; herbal supplements; homeopathic supplements; nutritional supplements<br>IC 29: Coconut oil; coconut oil and fat<br>IC 30: Flour<br>IC 32: Coconut water | 1295427 | 2/22/16 | Registered - This registration is connected to the WIPO registration |
| SKINNY & CO. | Vietnam | IC 3: All-purpose cleaners; bath soaps in liquid, solid or gel form; coconut oil for cosmetic purposes; cosmetic soaps; hair care preparations consisting of organic coconut virgin oil and coconut virgin oil; hair shampoos and conditioners; hand soaps; lip balm; non-medicated cosmetic skin care preparations consisting of organic coconut virgin oil and coconut virgin oil; non-medicated lip care preparations; non-medicated lip protectors; soaps and detergents; soaps for household use; soaps for personal use.<br>IC 5: Dietary and nutritional supplements; dietary supplemental drinks; flaxseed dietary supplements; flaxseed oil dietary supplements; food supplements; ground flaxseed fiber for use as a dietary supplement; herbal supplements; homeopathic supplements; nutritional supplements<br>IC 29: Coconut oil; coconut oil and fat | 1295427 | 2/22/16 | Registered - This registration is connected to the WIPO registration |

| | | IC 30: Flour<br>IC 32: Coconut water | | | |
|---|---|---|---|---|---|
| SKINNY & CO. | China | IC 3: All-purpose cleaners; bath soaps in liquid, solid or gel form; coconut oil for cosmetic purposes; cosmetic soaps; hair care preparations consisting of organic coconut virgin oil and coconut virgin oil; hair shampoos and conditioners; hand soaps; lip balm; non-medicated cosmetic skin care preparations consisting of organic coconut virgin oil and coconut virgin oil; non-medicated lip care preparations; non-medicated lip protectors; soaps and detergents; soaps for household use; soaps for personal use.<br>IC 29: Coconut oil; coconut oil and fat | 1295427 | 2/22/16 | Pending – This pending application is connected to the WIPO registration |
| SKINNY & CO. | Singapore | IC 3: All-purpose cleaners; bath soaps in liquid, solid or gel form; coconut oil for cosmetic purposes; cosmetic soaps; hair care preparations consisting of organic coconut virgin oil and coconut virgin oil; hair shampoos and conditioners; hand soaps; lip balm; non-medicated cosmetic skin care preparations consisting of organic coconut virgin oil and coconut virgin oil; non-medicated lip care preparations; non-medicated lip protectors; soaps and detergents; soaps for household use; soaps for personal use.<br>IC 29: Coconut oil; coconut oil and fat | 1295427 | 2/22/16 | Pending – This pending application is connected to the WIPO registration |
| SKINNY & CO. | Korea | IC 3: All-purpose cleaners; bath soaps in liquid, solid or gel form; coconut oil for cosmetic purposes; cosmetic soaps; hair care preparations consisting of organic coconut virgin oil and coconut virgin oil; hair shampoos and conditioners; hand soaps; lip balm; non-medicated cosmetic skin care preparations consisting of organic coconut virgin oil and coconut virgin oil; non-medicated lip care preparations; non-medicated lip protectors; soaps and detergents; soaps for household use; soaps for personal use.<br>IC 29: Coconut oil; coconut oil and fat | 1295427 | 2/22/16 | Pending – This pending application is connected to the WIPO registration |
|  | UK | IC 3: After sun lotions; after sun moisturisers; after-sun gels [cosmetics]; after-sun oils [cosmetics]; age spot reducing creams; aloe vera; aloe vera gel for cosmetic purposes; aloe vera preparations for cosmetic purposes; anti-aging creams; anti-bacterial face washes (non-medicated-); antibacterial soap; antiperspirant soap; antiperspirants [toiletries]; aromatic oils; aromatic oils for the bath; aromatics for perfumes; auto-tanning creams; barrier creams for the skin; bath bombs; bath oils; bath pearls (non-medicated-); bath soap; beauty balm creams; beauty care cosmetics; beauty creams; beauty creams for body care; cleaning preparations impregnated into pads; cleansing creams; cleansing foam; cleansing gels; cleansing lotions; cleansing masks; cocoa butter for cosmetic purposes; dental bleaching gel; dental bleaching gels; dental rinses for non-medical | 3143624 | 1/8/16 | Registered; renewal due 1/8/26 |

| | | purposes; dental rinses, non medicated; essences for skin care; essential oils; essential oils for cosmetic purposes; essential oils for the care of the skin; etheric oils; exfoliant creams; exfoliants; exfoliating scrubs for cosmetic purposes; exfoliating scrubs for the body; eye make up remover; eye stylers; eye wrinkle lotions; face packs; face scrubs (non-medicated-); facial beauty masks; facial cleansers; facial cleansers [cosmetic]; facial creams [cosmetic]; facial lotions [cosmetic]; facial moisturisers [cosmetic]; facial scrubs; facial scrubs [cosmetic]; facial toners [cosmetic]; facial washes [cosmetic]; facial wipes impregnated with cosmetics; gels (dental bleaching -); hair cosmetics; impregnated cleaning pads impregnated with cosmetics; impregnated cloths for cosmetic use; lip balm; liquid soap used in foot bath; liquid soaps for hands and face; make-up removing preparations; massage creams, not medicated; massage oil; massage oils, not medicated; moisturiser; moisturisers [cosmetics]; moisturising body lotion [cosmetic]; moisturising skin creams [cosmetic]; moisturising skin lotions [cosmetic]; mouth [breath] fresheners, not for medical use; mouth washes; mouthwash; natural oils for cleaning purposes; natural oils for cosmetic purposes; natural oils for perfumes; night creams [cosmetics]; non-medicated cosmetics; non-medicated hair shampoos; non-medicated mouth rinse; oils for cleaning purposes; oils for cosmetic purposes; oils for perfumes and scents; oils for the body [cosmetics]; shampoos; shaving lotion; teeth whitening strips; teeth whitening strips impregnated with teeth whitening preparations [cosmetics]; tooth care preparations; tooth paste in soft cake; tooth polish; toothpaste; washing preparations for personal use; whiting<br>IC 29: Coconut; coconut butter; coconut fat; coconut flakes; coconut milk for culinary purposes; coconut oil; coconut oil and fat [for food]; cooking oils | | |
|---|---|---|---|---|

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Skinny & Co., Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Indiana</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

Creditor's name
Banleaco, Inc.

**Describe debtor's property that is subject to a lien**
T2-C Labeler and LF-200 8" Label Finisher

$ 52,046.41    $ Unknown

Creditor's mailing address
11017 Aurora Ave
Attn Dave Sloan, Urbandale, IA 50322

Creditor's email address, if known

**Describe the lien**
Agreement you made, Judgment, Finance a

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred    06/15/2020
Last 4 digits of account number    8590

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
Breakout Capital LLC

**Describe debtor's property that is subject to a lien**
Paypal Account xWXZQ - info@skinnyandcompany.com, Goodwill of the Business, skinnyandcompany.com, See Schedule A/B Part 10, Question 60 Attachment, Inventory of Finished Goods on Hand (mostly outdated), Raw materials

$244,066.58    $12,376.72

Creditor's mailing address
1451 Dolley Madison Blvd.
Suite 200, McLean, VA 22101

Creditor's email address, if known
kahmad@breakoutfinance.com

**Describe the lien**
Agreement you made, Judgment, Business l

Date debt was incurred    10/29/2020
Last 4 digits of account number

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

U.S. Small Business Administration, 1st; Breakout
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 754,457.23

Debtor _____
Skinny & Co., Inc.
Name

Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
First Federal Leasing, A Divisions of First Bank Richmond

**Creditor's mailing address**
31 N. 9th Street
Attn Susan Dixon or Tim Oler, Richmond, II

**Creditor's email address, if known**
_____

**Date debt was incurred** 07/09/2020
**Last 4 digits of account number** 7960

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
PE Labeler

$29,132.58        $Unknown

**Describe the lien**
Agreement you made, Finance Agreement fo

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Gulf Coast Bank & Trust Company

**Creditor's mailing address**
1170 Celebration Blvd.
Suite 100, Kissimmee, FL 34747

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**
Paypal Account xWXZQ - info@skinnyandcompany.com, Goodwill of the Business, skinnyandcompany.com, See Schedule A/B Part 10, Question 60 Attachment, Inventory of Finished Goods on Hand (mostly outdated), Raw materials

$Unknown        $12,376.72

**Describe the lien**
Creditor filed a UCC-1 claiming a blanket lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Skinny & Co., Inc.
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name
Reichel Stohry Deal LLP

_____

Creditor's mailing address

525 S. Meridian Street
Suite 1A2, Indianapolis, IN 46225

Creditor's email address, if known

mark@rsindy.com

Date debt was incurred    11/02/2016
Last 4 digits of account number    1790

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
See Schedule A/B Part 10, Question 60 Attachment

$37,911.66    $Unknown

Describe the lien
Agreement you made, Collateral Assignmen

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.6** Creditor's name
U.S. Small Business Administration

_____

Creditor's mailing address

409 3rd Street
Washington, DC 20416

Creditor's email address, if known

_____

Date debt was incurred    06/10/2020
Last 4 digits of account number    7900

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                    ]

  ☑ Yes. The relative priority of creditors is specified on lines 2.2

Describe debtor's property that is subject to a lien
Paypal Account xWXZQ - info@skinnyandcompany.com, Goodwill of the Business, skinnyandcompany.com, See Schedule A/B Part 10, Question 60 Attachment, Inventory of Finished Goods on Hand (mostly outdated), Raw materials

$391,300.00    $12,376.72

Describe the lien
Agreement you made, EIDL Loan secured b

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Skinny & Co., Inc.
_____
Name

Case number (*if known*)_____

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David L. Wetsch<br>Dickinson, Mackaman, Tyler & Hagen, P.C.<br>699 Walnut Street, Ste. 1600<br>Des Moines, IA, 50309-3986 | Line 2. 1 | 8590 |
| Disaster Loan Servicing Center<br>2 North 20th Street<br>Suite 320<br>Birmingham, AL, 35203 | Line 2. 6 | 7900 |
| Joshua R. Chazen<br>Miles & Stockbridge P.C.<br>11 N. Washington St. Suite 700<br>Rockville, MD, 20850 | Line 2. 2 | |
| Nicholas K. Rohner<br>Weltman Weinberg & Reis Co., LPA<br>525 Vine Street, Ste 800<br>Cincinnati, OH, 45202 | Line 2. 3 | 7960 |
| US Small Business Administration<br>8500 Keystone Crossing<br>#400<br>Indianapolis, IN, 46240 | Line 2. 6 | 7900 |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor _____Skinny & Co., Inc._____

United States Bankruptcy Court for the: _____Southern District of Indiana_____

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
Indiana Department of Revenue
Attn Bankruptcy Section
100 North Senate Avenue, MS 108
Indianapolis, IN, 46204

As of the petition filing date, the claim is: $ Unknown        $
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
For Notice Purposes

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ Unknown        $
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
For Notice Purposes

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ Unknown        $
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Partial 2022 Employment Taxes

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor   Skinny & Co., Inc.
         Name

Case number *(if known)*

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**

Marion County Treasurer
200 E. Washington Street
Suite 1001
Indianapolis, IN, 46204

Total claim $944.73     Priority amount $774.44

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2020

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** F194048

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5** **Priority creditor's name and mailing address**

Marion County Treasurer
200 E. Washington Street
Suite 1001
Indianapolis, IN, 46204

Total claim $2,054.37     Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2021 and 2022 (Assessed Estir

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.** **Priority creditor's name and mailing address**

Total claim $     Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.** **Priority creditor's name and mailing address**

Total claim $     Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor   Skinny & Co., Inc.
_____
Name                                                         Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>ABF Arcbest<br>c/o Synter Resource Group<br>PO Box 63247<br>Charleston, SC, 29419 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Suppliers or Vendors | $ 2,827.50 |
| | **Date or dates debt was incurred**  _____<br>**Last 4 digits of account number**  11849931 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address**<br>AD&H Capital, LLC f/k/a Guzza USA, LLC<br>10501 N. Central Expressway<br>Suite 250<br>Dallas, TX, 75231 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Monies Loaned / Advanced | $ 450,000.00 |
| | **Date or dates debt was incurred**  12/23/2019<br>**Last 4 digits of account number**  _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Aerotek<br>2625 S. Plaza Dr.<br>Suite 200<br>Tempe, AZ, 85282 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Services | $ 44,667.30 |
| | **Date or dates debt was incurred**  2020<br>**Last 4 digits of account number**  _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address**<br>AES Indiana<br>One Monument Circle<br>PO Box 1595<br>Indianapolis, IN, 46206-1595 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Utility Services | $ 453.92 |
| | **Date or dates debt was incurred**  _____<br>**Last 4 digits of account number**  _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Align, LLC<br>12800 N. Meridian Street<br>Suite 400<br>Carmel, IN, 46032 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Suppliers or Vendors | $ 8,886.06 |
| | **Date or dates debt was incurred**  _____<br>**Last 4 digits of account number**  129796 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address**<br>American Packaging Capital, Inc.<br>c/o Huntington Bank<br>PO Box 77077<br>Minneapolis, MN, 55480 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Monies Loaned / Advanced | $ 2,672.97 |
| | **Date or dates debt was incurred**  01/23/2019<br>**Last 4 digits of account number**  TC-01192768 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor ___Skinny & Co., Inc._____    Case number _(if known)_____
           Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

American Packaging Capital, Inc.
1491 San Carlos Ave
Concord, CA, 94518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,078.06

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___758749___

---

**3.8** **Nonpriority creditor's name and mailing address**

Aromatic Fragrances International
85 Wansley Drive
PO Box 1263
Cartersville, GA, 30120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,364.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.9** **Nonpriority creditor's name and mailing address**

Aromaz International
c/o Aaron Bryant Stewart & Cross
3189 Princeton Rd, Suite 217
Hamilton, OH, 45011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,615.71

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___2022-0578___

---

**3.10** **Nonpriority creditor's name and mailing address**

Associated Integrated Supply Chain Solutions
7954 Solution Center
Chicago, IL, 60677-7009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 6,449.85

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___12170___

---

**3.11** **Nonpriority creditor's name and mailing address**

Blue & Co.
12800 N. Meridian Street
Suite 400
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 15,492.09

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___129796___

---

Debtor    Skinny & Co., Inc.                                          Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**  Nonpriority creditor's name and mailing address

Bottlestore.com
3 Milltown Ct.
Union, NJ, 07083

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 510.72

---

**3.13**  Nonpriority creditor's name and mailing address

Braden Business Systems
8700 North Street
Suite 400
Fishers, IN, 46038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   02/5/2019

Last 4 digits of account number   SA17

$ Unknown

---

**3.14**  Nonpriority creditor's name and mailing address

Brandwise
11757 W. Ken Caryl Ave.
Unit F, PMP 503
Littleton, CO, 80127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 450.00

---

**3.15**  Nonpriority creditor's name and mailing address

Brown & Pratt, Inc.
1345 Brookville Way A

Indianapolis, IN, 46239

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,780.73

---

**3.16**  Nonpriority creditor's name and mailing address

Celigo, Inc.
1820 Gateway Drive
Suite 260
San Mateo, CA, 94404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,514.50

---

Debtor _____Skinny & Co., Inc._____   Case number _(if known)_ _____
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Citizens Energy Group
2020 N. Meridian Street
Indianapolis, IN, 46202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   1629130661

$ 657.41

**3.18  Nonpriority creditor's name and mailing address**

Clifton Larsen Allen
9365 Counselors Row
Suite #200
Indianapolis, IN, 46240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

**3.19  Nonpriority creditor's name and mailing address**

CNA Insurance
10375 Park Meadows Drive
Suite 300
Littleton, CO, 80124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance for Leased Lincoln MK7

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BUA 6024716333

$ 5,266.00

**3.20  Nonpriority creditor's name and mailing address**

Creative Labels
197 Marybill Dr.
Troy, OH, 45373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,516.92

**3.21  Nonpriority creditor's name and mailing address**

David Noebel
504 N. Park Ave.
Indianapolis, IN, 46202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 188,000.00

Debtor  Skinny & Co., Inc.
_____    Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 22  **Nonpriority creditor's name and mailing address**

DJM Logistics, LLC/Molo Solutions
3802 Old Greenwood Rd.
Fort Smith, AR, 72903

As of the petition filing date, the claim is: $ 2,175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 23  **Nonpriority creditor's name and mailing address**

DLL Financial Solutions Partner
Caine & Weiner
5805 Sepulveda Blvd., 4th Floor
Van Nuys, CA, 91411

As of the petition filing date, the claim is: $ 14,168.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Copier lease.  Copier returned to lessor.

Date or dates debt was incurred    _____
Last 4 digits of account number    20229793

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 24  **Nonpriority creditor's name and mailing address**

Dreiske's Enterprise
17401 Tiller Court,
Suite D
Westfield, IN, 46074

As of the petition filing date, the claim is: $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 25  **Nonpriority creditor's name and mailing address**

Dunstan Hygienic Services, LLC
Kopelowitz Ostrow Ferguson Wieselberg Gilbert
One West Olas Blvd. Suite 500
Fort Lauderdale, FL, 33301

As of the petition filing date, the claim is: $ Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Demand letter claiming Debtor received and retained funds in violation of operating agreement.

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** 26  **Nonpriority creditor's name and mailing address**

Fifth Third Bank
MD 1MOC2G
5050 Kingsley Drive
Cincinnati, OH, 45227-1115

As of the petition filing date, the claim is: $ 27,256.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    1000

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Skinny & Co., Inc.
         _____    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.27**  Nonpriority creditor's name and mailing address

Fine Lines Company/Gift Girl
455 S. Grand Central Pkwy
#C-1024
Las Vegas, NV, 89106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.28**  Nonpriority creditor's name and mailing address

First Financial Bank
P.O. Box 42070
Middletown, OH, 45042-0070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Date or dates debt was incurred    05/11/2018

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 19,397.32

---

**3.29**  Nonpriority creditor's name and mailing address

First Financial Bank
P.O. Box 42070
Middletown, OH, 45042-0070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    7209

Is the claim subject to offset?
☑ No
☐ Yes

$ 49,995.43

---

**3.30**  Nonpriority creditor's name and mailing address

Flexport International, LLC
760 Market Street
Floor 8
San Francisco, CA, 94102-2300

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Cross-Claim filed by Flexport in litigation filed by Practical Hospital v Skinny - Dismissed

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.31**  Nonpriority creditor's name and mailing address

Flux Pumps
300 Townpark Drive
Suite 130
Kennesaw, GA, 30144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,594.11

---

Debtor  Skinny & Co., Inc.
        Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address

Global Payments/TSYS
1 TSYS Way
PO Box 1755
Columbus, GA, 31901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Collection Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    9942

$ Unknown

---

**3.33** Nonpriority creditor's name and mailing address

Glopal
128 rue de la boetie
OCP Business Center 4
Paris, France 75008,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    AzyvvzS3WBeZQ

$ 1,149.16

---

**3.34** Nonpriority creditor's name and mailing address

Gorgias
34 Harriet St.
San Francisco, CA, 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    _____

$ 60.00

---

**3.35** Nonpriority creditor's name and mailing address

Grasshopper
333 Summer Street
Boston, MA, 02210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    _____

$ 0.00

---

**3.36** Nonpriority creditor's name and mailing address

GRIN Technologies, Inc.
400 Capital Mall
Suite 900
Sacramento, CA, 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    16COUhSRCvmA

$ 5,250.00

---

Debtor  Skinny & Co., Inc.
        _____     Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

H&F Logistics, LLC
13295 Illinois Street
Suite 313
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Business venture

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.38** Nonpriority creditor's name and mailing address

Hey Day Technologies, Inc.
1400-2400 Boul Saint-Laurent
Montreal, Quebec, H2W 2R2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,898.00

---

**3.39** Nonpriority creditor's name and mailing address

Hinkley Springs/Primo Water North America
c/o A.G. Adjustments, Ltd.
740 Walk Whitman Rd.
Melville, NY, 11747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 7329254

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 973.89

---

**3.40** Nonpriority creditor's name and mailing address

Impact Tech, Inc.
223 E. De La Guerra Street
Santa Barbara, CA, 93101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,000.00

---

**3.41** Nonpriority creditor's name and mailing address

Ivy Stone Group, LLC
301 Commerce Drive
Exton, PA, 19341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

Debtor ___Skinny & Co., Inc._____    Case number _(if known)_____
　　　　　Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.42**  Nonpriority creditor's name and mailing address

Jaime Vasquez
9691 Sunset Hill Place
Littleton, CO, 80124

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Claim alleging amounts due for consulting services and services as CEO of Debtor.  Pending as Marion County Superior Court Case No. 49D01-2005-PL-016569

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.43**  Nonpriority creditor's name and mailing address

Jordan Updike
c/o Eric S. Pavlack & Colin E. Flora
50 E. 91st Street
Indianapolis, IN, 46240

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Claim asserted in Marion Superior Court Case No. 49D13-2002-PL-005212 alleging unpaid compensation to serve as Chief Marketing Officer

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.44**  Nonpriority creditor's name and mailing address

Just Got 2 Have It!
40 John Portman Blvd, NE
Suite #1721
Atlanta, GA, 30303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,134.00

---

**3.45**  Nonpriority creditor's name and mailing address

Kabbage
925B Peachtree Street NE
Suite 1688
Atlanta, GA, 30309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,332.46

---

**3.46**  Nonpriority creditor's name and mailing address

Livingston International
440 S. La Salle Street
Suite 3220
Chicago, IL, 60605

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,478.00

---

Debtor     Skinny & Co., Inc.                                                                    Case number *(if known)*
            Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3. 47** | **Nonpriority creditor's name and mailing address**

Lotus Light
1100 E. Lotus Drive
Silver Lake, WI, 53170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 22,682.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 10538

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 48** | **Nonpriority creditor's name and mailing address**

Luke Geddie
1143 Woodlawn Ave.
Indianapolis, IN, 46203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Debt

$ 80,755.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 49** | **Nonpriority creditor's name and mailing address**

Luna Language Services
8935 N. Meridian Street
Indianapolis, IN, 46260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 200.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** Inv 32344

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 50** | **Nonpriority creditor's name and mailing address**

Macy's Inc.
c/o TSI Commercial Division
500 Virginia Dr. #514 Ft.
Fort Washington, PA, 19034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 22,779.15

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 87261686

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 51** | **Nonpriority creditor's name and mailing address**

Mays Shipping
c/o ESP Receivables
639 Lotus Drive North, Suite 3
Mandeville, LA, 70471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,876.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Skinny & Co., Inc.
_____
Name                                      Case number *(if known)* _____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.52**   Nonpriority creditor's name and mailing address

Michael Ostreicher
2444 Madison Rd.
Unit 1010
Cincinnati, OH, 45208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Debt

**Date or dates debt was incurred**   03/27/2017

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49,048.00

---

**3.53**   Nonpriority creditor's name and mailing address

Mike Will
13818 Roy Anderson Blvd.
Fishers, IN, 46038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Redemption and Settlement Agreement

**Date or dates debt was incurred**   05/22/2019

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 105,000.00

---

**3.54**   Nonpriority creditor's name and mailing address

Moeller Printing
4401 E. New York Street
P.O. Box 11288
Indianapolis, IN, 46201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,277.32

---

**3.55**   Nonpriority creditor's name and mailing address

Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC, 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Terminated equipment lease - equipment returned.

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   40772562

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,062.70

---

**3.56**   Nonpriority creditor's name and mailing address

NetSuite (Wells Fargo)
800 Walnut Street
Des Moines, IA, 50309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   001-0005274-000

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36,182.95

---

Debtor  Skinny & Co., Inc.
        _____          Case number *(if known)* _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Omar Khalaf
132 Winnetka Rd.
Kenilworth, IL, 60043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

On Air Direct
1000 Armand Hammer Blvd
Pottstown, PA, 19464

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 25,437.82

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Orient Exploration, LLC
3203 Reba Drive
Houston, TX, 77019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Debt

$ 279,021.00

Date or dates debt was incurred  10/25/2019

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Orkin
666-Indianapolis Comm
P.O. Box 740589
Cincinnati, OH, 45274-0589

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 345.00

Date or dates debt was incurred  _____

Last 4 digits of account number  28611819

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Pamela & Roger Schmidt
10057 Olson Rd.
Belvidere, IL, 61008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Debt

$ 111,762.00

Date or dates debt was incurred  07/18/2016

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Skinny & Co., Inc.
         _____
         Name

Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 62  **Nonpriority creditor's name and mailing address**

Phillip E. Himelstein
324 Mes Rd.
Santa Monica, CA, 90402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Debt03/27/2017

$ 49,048.00

Date or dates debt was incurred   03/27/2017

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 63  **Nonpriority creditor's name and mailing address**

Pinnacle Legal P.C.
9565 Waples Street
Suite 200
San Diego, CA, 92121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 5,349.30

Date or dates debt was incurred   03/03/2022

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 64  **Nonpriority creditor's name and mailing address**

Plumb/Tag Management
1227 Prospect Street
Suite 200
La Jolla, CA, 92037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 23,531.25

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 65  **Nonpriority creditor's name and mailing address**

PPE Distributors LLC
Kopelowitz, Ostrow, Ferguson, Wieselberg
Gilbert
One West Olas Blvd, Suite 500
Fort Lauderdale, FL, 33301

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Demand letter claiming Debtor retained funds in violation of operating agreement.

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 66  **Nonpriority creditor's name and mailing address**

Practical Hospital Services, Inc.
34152 Selva Rd.,
Unity 174
Dana Point, CA, 92629-3778

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit filed in California v Skinny and Flexport, Inc. - dismissed May 2022

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Skinny & Co., Inc._____    Case number _(if known)_____

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.**67** | **Nonpriority creditor's name and mailing address**

Prima Staffing Solutions, LLC
5628 W. 74th Street

Indianapolis, IN, 46278

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 59,194.89

Date or dates debt was incurred    03/24/2020

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**68** | **Nonpriority creditor's name and mailing address**

Printing Partners
929 W. 16th Street
Indianapolis, IN, 46202-2214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,571.76

Date or dates debt was incurred    2019

Last 4 digits of account number    62306

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**69** | **Nonpriority creditor's name and mailing address**

Prologis NA2 U.S. LLC
6650 Telecomm Drive
Indianapolis, IN, 46278

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Terminated lease warehouse.  Charges reduced to Judgment dated 2/22/22, Marion County Superior Court Case No. 49D01-2201-PL-001439

$ 59,823.01

Date or dates debt was incurred    03/22/2021

Last 4 digits of account number    t0017141

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**70** | **Nonpriority creditor's name and mailing address**

Ray's Trash
3859 East US Highway 40
PO Box 1
Clayton, IN, 46118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,694.00

Date or dates debt was incurred    _____

Last 4 digits of account number    304085

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.**71** | **Nonpriority creditor's name and mailing address**

Richards Packaging
c/o BARR Credit Services, Inc.
4555 S. Palo Verde Rd., Suite 1251
Tucson, AZ, 85714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,390.00

Date or dates debt was incurred    _____

Last 4 digits of account number    327638-1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Skinny & Co., Inc.
          _____
          Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.72** | **Nonpriority creditor's name and mailing address**

Riley Bennett Egloff LLP
500 N. Meridian Street
Suite 550
Indianapolis, IN, 46204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 6,274.42

---

**3.73** | **Nonpriority creditor's name and mailing address**

Robert Cummins Film Co.
3333 Wrightsville Ave.
Unit G-125
Wilmington, NC, 28403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

**3.74** | **Nonpriority creditor's name and mailing address**

Russell Sherlock
12132 Windpointe Pass
Carmel, IN, 46033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    03/27/2017

Last 4 digits of account number    _____

$ 49,048.00

---

**3.75** | **Nonpriority creditor's name and mailing address**

Sidhu Trek Transport
4602 Kintz Drive
Indianapolis, IN, 46239

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,737.50

---

**3.76** | **Nonpriority creditor's name and mailing address**

Spartan Nash
1523 Momentum Place
Chicago, IL, 60689-5315

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    125074

$ 149.07

---

Debtor    Skinny & Co., Inc.
          _____    Case number (if known) _____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** <sup>77</sup>  **Nonpriority creditor's name and mailing address**

SPS Commerce, Inc.
PO Box 205782
Dallas, TX, 75320-5782

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,181.58

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    03/20/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** <sup>78</sup>  **Nonpriority creditor's name and mailing address**

TCF Equipment Finance, a division of TCF
National Bank
11100 Wayzata Blvd.
Suite 801
Hopkins, MN, 55305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Financing for One (1) Model ELF 50 Table Top Wrap Around Labeler

Date or dates debt was incurred    01/23/2019

Last 4 digits of account number    001-0758479-300

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <sup>79</sup>  **Nonpriority creditor's name and mailing address**

Ted Reese
504 N. Park Ave.
Indianapolis, IN, 46202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94,000.00

**Basis for the claim:** Convertible Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <sup>80</sup>  **Nonpriority creditor's name and mailing address**

The Perfumery
621 Park East Blvd.
New Albany, IN, 47150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,763.88

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    14422

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <sup>81</sup>  **Nonpriority creditor's name and mailing address**

Tom Roush, Inc.
525 David Brown Drive
Westfield, IN, 46074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 3,834.00

**Basis for the claim:** Lease of 2020 Lincoln MKZ - VIN 3LN6L5LU4LR615776.. Vehicle repossessed in April 2023

Date or dates debt was incurred    05/19/2020

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Skinny & Co., Inc._____    Case number _(if known)_____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.82**   **Nonpriority creditor's name and mailing address**

Tom Will
9914 Springstone Rd.
McCordsville, IN, 46055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/01/2017

Last 4 digits of account number _____

$ 59,756.00

---

**3.83**   **Nonpriority creditor's name and mailing address**

Tory Johnson Productions
155 W. 72nd Street
Suite 403
New York, NY, 10023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 40,154.14

---

**3.84**   **Nonpriority creditor's name and mailing address**

Toyota Prolift
1888 Research Way
Indianapolis, IN, 46231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   C105107

$ 1,508.95

---

**3.85**   **Nonpriority creditor's name and mailing address**

TSYS Collections
1 Heartland Way
Jeffersonville, IN, 47130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   9942

$ 4,174.00

---

**3.86**   **Nonpriority creditor's name and mailing address**

Unifirst Corporation
4201 Industrial Blvd.
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   1612238

$ 3,629.37

---

Debtor    Skinny & Co., Inc.
_____
          Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 87  **Nonpriority creditor's name and mailing address**

UPS Freight
c/o Biehl & Biehl
PO Box 87410
Carol Stream, IL, 60188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,203.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6274397

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 88  **Nonpriority creditor's name and mailing address**

Verizon Wireless Bankruptcy Administration
500 Technology Drive
Suite 550
Saint Charles, MO, 63304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 89  **Nonpriority creditor's name and mailing address**

XACT Data
PO Box 714800
Cincinnati, OH, 45271-4800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 189.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Skinny & Co., Inc._____
           Name

Case number _(if known)_ _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Financial Credit Services<br>10333 N. Meridian Street<br>Suite 270<br>Indianapolis, IN, 46290-1144 | Line 2.4<br>☐ Not listed. Explain: | 0005150938 |
| 4.2. | American Packaging Capital, Inc.<br>1491 San Carlos Ave<br>Concord, CA, 94518 | Line 3.6<br>☐ Not listed. Explain | 2768 |
| 4.3. | CedMar Consulting Group, Inc.<br>5000 Eldorado Pkwy<br>Frisco, TX, 75033 | Line 3.77<br>☐ Not listed. Explain | _____ |
| 4.4. | Christina Phillips<br>Lincoln & Morgan<br>600 W. Broadway, Suite 700<br>San Diego, CA, 92101 | Line 3.45<br>☐ Not listed. Explain | 0137 |
| 41. | Commercial Collection Corp. of NY<br>Attn. Rose Baldinelli<br>34 Seymour Street<br>Tonawanda, NY, 14150 | Line 3.46<br>☐ Not listed. Explain | 6158 |
| 4.5. | Courtney Gahm-Oldham<br>Frost Brown Todd LLC<br>4400 Port Oak Pkwy, Suite 2850<br>Houston, TX, 77027 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.6. | Darren Craig & Allyse Wirkkala<br>Frost Brown Todd LLC<br>201 N. Illinois Street, Suite 1900<br>Indianapolis, IN, 46244-0961 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.7. | ESP Receivables - Attn Chuck Taquino<br>639 Lotus Drive North<br>Suite 3<br>Mandeville, LA, 70471 | Line 3.67<br>☐ Not listed. Explain | _____ |
| 4.8. | Fine Lines Company/Gift Girl<br>200 SW Michigan Street<br>#213<br>Seattle, WA, 98106 | Line 3.27<br>☐ Not listed. Explain | _____ |
| 4.9. | First Financial Bank - Attn Brad Fenton<br>Monument Circle Banking Center<br>11 S. Meridian Street<br>Indianapolis, IN, 46204 | Line 3.29<br>☐ Not listed. Explain | 7209 |
| 4.10. | Greenberg Grant & Richards<br>5858 Westheimer Rd.<br>Suite 500<br>Houston, TX, 77057 | Line 3.69<br>☐ Not listed. Explain | _____ |
| 4.11. | Ice Miller LLC<br>Attn Adam Alexander & Robert Jorczak<br>One American Square, Suite 2900<br>Indianapolis, IN, 46282 | Line 3.69<br>☐ Not listed. Explain | _____ |

Debtor    Skinny & Co., Inc.
          _____
          Name

Case number *(if known)* _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 Jeffrey Jinks<br>Tucker Albin & Associates<br>450 E. 96th Street, Suite 500<br>Indianapolis, IN, 46240 | Line 3.37<br>☐ Not listed. Explain | _____ |
| 4.14 Jeffrey Parker<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN, 46204 | Line 3.53<br>☐ Not listed. Explain | _____ |
| 4.15 Kimberly D. Jeselskis<br>Jeselskis Brinkeroff and Joseph, LLC<br>320 N. Meridian Street, Suite 428<br>Indianapolis, IN, 46204 | Line 3.42<br>☐ Not listed. Explain | _____ |
| 4.16 Law Offices of Anne R. Grupp<br>1418 Carne Rd.<br>Suite 200<br>Ojai, CA, 93023 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 4.17 Lincoln Automotive Financial Services<br>PO Box 6248<br>Dearborn, MI, 48121-6248 | Line 3.81<br>☐ Not listed. Explain | _____ |
| 4.18 MacKenzie A. Watson<br>Jeselskis Brinkerhoff & Joseph, LLC<br>320 N. Meridian Street, Suite 428<br>Indianapolis, IN, 46204 | Line 3.42<br>☐ Not listed. Explain | _____ |
| 4.19 Mark Carey<br>Lincoln & Morgan<br>600 W. Broadway, Suite 700<br>San Diego, CA, 92101 | Line 3.45<br>☐ Not listed. Explain | 0137 |
| 4.20 Matthew T. Barr<br>Rubin & Levin PC<br>135 N. Pennsylvania Street, Ste 1400<br>Indianapolis, IN, 46204 | Line 3.28<br>☐ Not listed. Explain | 0009 |
| 4.21 Pamela J. Cox<br>Harvey Law<br>8506 Inwood Road<br>Dallas, TX, 75209 | Line 3.77<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |

Debtor  Skinny & Co., Inc.

       Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 2,999.10 |
| 5b.  **Total claims from Part 2** | 5b. + | $ 2,196,701.25 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,199,700.35 |

**Fill in this information to identify the case:**

Debtor name  Skinny & Co., Inc.

United States Bankruptcy Court for the:  Southern District of Indiana

Case number (If known): _____   Chapter  11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

---

**Fill in this information to identify the case:**

Debtor name ___Skinny & Co., Inc.___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

---

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Luke Geddie | Luke Geddie<br>1143 Woodlawn Ave<br>Indianapolis, IN 46203 | First Federal Leasing, A D | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Luke Geddie | Luke Geddie<br>1143 Woodlawn Ave<br>Indianapolis, IN 46203 | Breakout Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Clean Enterprise, Inc | Clean Enterprise, Inc.<br>c/o Luke Geddie<br>365 E. 75th Street<br>Indianapolis, IN 46240 | Breakout Capital LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Luke Geddie | Luke Geddie<br>365 E. 75th Street<br>Indianapolis, IN 46240 | American Packaging Capi | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Luke Geddie | Luke Geddie<br>365 E. 75th Street<br>Indianapolis, IN 46240 | Banleaco, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Luke Geddie | Luke Geddie<br>365 E. 75th Street<br>Indianapolis, IN 46240 | Navitas Credit Corp. | ☐ D<br>☑ E/F<br>☐ G |

Debtor     Skinny & Co., Inc.                                                   Case number (if known)_____
           Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.**7** Skinny Coconut Oil, LLC | Skinny Coconut Oil, LLC c/o Luke Geddie 365 E. 75th Street Indianapolis, IN 46240 | Reichel Stohry Deal LLP | ☑ D ☐ E/F ☐ G |
| 2.**8** Apothecare RX | Apothecare RX c/o Luke Geddie 365 E. 75th Street Indianapolis, IN 46240 | Reichel Stohry Deal LLP | ☑ D ☐ E/F ☐ G |
| 2.**9** Luke Geddie | Luke Geddie 365 E. 75th Street Indianapolis, IN 46240 | First Financial Bank | ☐ D ☑ E/F ☐ G |
| 2.**10** Luke Geddie | Luke Geddie 365 E. 75th Street Indianapolis, IN 46240 | Kabbage | ☐ D ☑ E/F ☐ G |
| 2.**11** Luke Geddie | Luke Geddie 1143 Woodlawn Ave Indianapolis, IN 46203 | TCF Equipment Finance, a division of TCF National Bank | ☐ D ☑ E/F ☐ G |
| 2.**12** Luke Geddie | Luke Geddie 1143 Woodlawn Ave Indianapolis, IN 46203 | American Packaging Capital, Inc. | ☐ D ☑ E/F ☐ G |
| 2.**13** Apothecare RX | Apothecare RX c/o Luke Geddie 365 E. 75th Street Indianapolis, IN 46240 | Gulf Coast Bank & Trust Company | ☑ D ☐ E/F ☐ G |
| 2.**14** Luke Geddie | Luke Geddie 1143 Woodlawn Ave Indianapolis, IN 46203 | Jaime Vasquez | ☐ D ☑ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name        Skinny & Co., Inc.

United States Bankruptcy Court for the:   Southern District of Indiana

Case number (If known):   _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY  to | Filing date | ☑ Operating a business<br>☐ Other | $ 58,159.00 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY  to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 0.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY  to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY  to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor    Skinny & Co., Inc.
_____    Case number (if known)_____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4<br>Insider's name<br>1143 Woodlawn Ave.<br>Indianapolis, IN 46203<br><br>Relationship to debtor<br>_____ | _____<br><br>_____<br><br>_____ | $ 51,186.33 | |
| 4.2. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

Debtor    Skinny & Co., Inc.
_____    Case number (*if known*)_____
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jaime Vasquez v. Skinny & Co., Inc. and Luke Geddie | Claims for alleged unpaid compensation as consultant and CEO of Debtor. | Marion County Superior Court<br><br>675 Justice Way<br>Indianapolis, IN 46203 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>49D01-2005-PL-016569 | | | |
| 7.2. | **Case title**<br>ProLogis NA2 U.S. LLC v. Skinny & Co., Inc. | Breach of Lease | **Court or agency's name and address**<br>Marion County Superior Court<br><br>675 Justice Way<br>Indianapolis, IN 46203 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>49D01-2201-PL-001439 | | | |

---

Debtor    Skinny & Co., Inc.
_____    Case number (if known)_____
          Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor   Skinny & Co., Inc.
_____   Case number *(if known)*_____
         Name

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fultz Maddox Dickens, PLC | Retainer deposit for Ch. 11 Preparation and Filing. | 03/02/2023 | $ 19,800.00 |
| | **Address** | | | |
| | 333 N. Alabama Street, Ste 350 Indianapolis, IN 46037 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Fultz Maddox Dickens, PLC | Balance of Retainer Deposit for Ch. 11 Preparation and Filing. | 03/03/2023 | $ 5,200.00 |
| | **Address** | | | |
| | 333 N. Alabama Street, Ste 350 Indianapolis, IN 46037 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor       Skinny & Co., Inc.                                          Case number (if known)_____
             Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

### Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | | | |
|---|---|---|---|---|---|---|
| 14.1. | 2601 S. Holt Rd.<br>Indianapolis, IN 46241 | | From | 09/16/2020 | To | 03/22/2022 |
| 14.2. | 5762 W. 74th Street<br>Indianapolis, IN 46278 | | From | 11/30/2015 | To | 09/16/2020 |

Debtor    Skinny & Co., Inc.                       Case number *(if known)*_____
_____
Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankrupcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Skinny & Co., Inc.
_____    Case number (if known)_____
          Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Fifth Third Bank<br>_____<br>Name<br>PO Box 630900<br>Cincinnati, OH 45263-0900 | XXXX– 4664 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 07/31/2020 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    Skinny & Co., Inc.
_____    Case number *(if known)*_____
         Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

Debtor   Skinny & Co., Inc.   Case number (if known)_____
_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ **Dates business existed** From _____   To _____ |
| 25.3. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ **Dates business existed** From _____   To _____ |

---

Debtor   Skinny & Co., Inc.
_____   Case number (if known)_____
         Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Plumb<br>_____<br>Name<br>1227 Prospect Street, Suite 200, La Jolla, CA 92037 | From 01/01/2022<br>To 12/31/2022 |
| 26a.2. Blue & Co. (Paul Roth)<br>_____<br>Name<br>12800 N. Meridian At., Suite 400 I, Carmel, IN 46032 | From 01/01/2018<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Blue & Co. (Paul Roth)<br>_____<br>Name<br>12800 N. Meridian Street, Suite 400 I, Carmel, IN 46032 | From _____<br>To _____ |
| 26b.2. Align, LLC<br>_____<br>Name<br>12800 N. Meridian Street, Suite 400, Carmel, IN 46032 | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Blue & Co. (Paul Roth)<br>_____<br>Name<br>12800 N. Meridian At., Suite 400 I, Carmel, IN 46032 | |

---

Debtor    Skinny & Co., Inc.                                                          Case number (*if known*)_____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Plumb
           Name
           1227 Prospect Street, Suite 200, La Jolla, CA 92037

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    First Financial Bank
           Name
           Monument Circle Banking Center, 11 S. Meridian Street, Indianapolis, IN 46204

| Name and address |
|---|

26d.2.    Jaime Vasquez c/o Kimberly Jeselskis
           Name
           320 North Meridian Street, Suite 428, Indianapolis, IN 46204

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Luke Geddie | 04/06/2023 | $ 12,101.25 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    Luke Geddie
          Name
          1143 Woodlawn Ave.
          Indianapolis, IN 46203

| Debtor | Skinny & Co., Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $_____ |
| Name and address of the person who has possession of inventory records | | | |
| 27.2. | | | |
| Name | | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luke Geddie | 1143 Woodlawn Ave, Indianapolis, IN 46203 | President/Shareholder | 75 |
| Ted & Joy Reese, jointly | 504 N. Park Ave., Indianapolis, IN 46202 | Shareholder | 17.5 |
| Pam & Roger Schmidt, jointly | 10057 Olson Rd., Belvidere, IL 61008 | Shareholder | 5 |
| Johnathan Henrichsen | 7751 Normandy Blvd, Indianapolis, IN 46278 | Shareholder | 2.5 |
| Luke Geddie | 1143 Woodlawn Ave., Indianapolis, IN 46203 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached SOFA Part 13, Question 30 | | | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| | | | |

Debtor    Skinny & Co., Inc.
_____    Case number (if known)_____
Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/06/2023
              _____
              MM  / DD  / YYYY

✖ /s/ Luke Geddie
_____                 Printed name    Luke Geddie
Signature of individual signing on behalf of the debtor                        _____

Position or relationship to debtor    President
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor Name ___Skinny & Co., Inc._____    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**First Federal Leasing, a division of First Bank of Richmond v. Skinny & Co., and Luke Geddie**

**49D05-2205-CC-017012**

**Breach of equipment finance agreement for PE Labeler.**

**Marion County Superior Court**

**675 Justice Way, Indianapolis, IN 46203**

**Pending**

**-------**

**H & F Logistics, LLC v. Skinny & Co., LLC**

**49D06-2106-CC-019545**

**Breach of Contract**

**Marion County Superior Court**

**675 Justice Way, Indianapolis, IN 46203**

**Concluded**

**-------**

**Jordan Updike v. Skinny & Co., Inc.**

**49D13-2002-PL-005212**

**Claims for alleged unpaid compensation as CFO for Debtor.**

**Marion County Superior Court**

**675 Justice Way, Indianapolis, IN 46203**

**Pending**

**-------**

**Harris & Ford LLC v. Skinny & Co., Inc. and LiteFighter Systems, LLC**

**49D05-2011-PL-040944**

**Claim for unpaid sums related to the financing, purchase, transportation and storage of PPE equipment.  Case dismissed as to Debtor.**

**Marion County Superior Court**

**675 Justice Way, Indianapolis, IN 46203**

**Concluded**

**-------**

Debtor Name   Skinny & Co., Inc.

Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**Breakout Capital LLC v. Skinny & Co., Inc., Clean Enterprise, LLC, and Luke Geddie**

**2021-16584**

**Breach of Promissory Note and Loan Agreement.  Confession of Judgment filed by Creditor.**

**Circuit Court of Fairfax County, Virginia**

**4110 Chain Bridge Rd., Fairfax, VA 22030-4009**

**Concluded**

**-------**

**Banleaco, Inc. v. Skinny & Co., Inc. and Luke Geddie**

**LACL-153178**

**Breach of Equipment Finance Agreement (T2-C Labeler and Label Finisher)**

**Iowa District Court - Polk County, Iowa**

**500 Mulberry Street, Des Moines, IA 50309**

**Concluded**

**-------**

**AD&H Capital, LLC f/k/a Guzza USA, LLC v Skinny and Co., Inc.**

**1:22-cv-02281-SEB-MJD**

**Claims related to alleged loans/investments made in Skinny & Co., Inc.**

**United States District Court for the Southern District of Indiana**

**46 E. Ohio Street, Indianapolis, IN 46204**

**Concluded**

**-------**

**Practical Hospital Services, Inc. v. Skinny & Co., Inc., Flexport Inc., and Flexport International, LLC**

**21STCV14846**

**Complaint alleging intentional misrepresentation, conspiracy to commit fraud, negligent misrepresentation, etc.**

**Los Angeles Superior Court**

**Stanley Mosk Courthouse, 111 N. Hill St., Los Angeles, CA 90012**

**Concluded**

**-------**

Debtor Name     Skinny & Co., Inc.                                        Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**11) Payments related to bankruptcy**

**Fultz Maddox Dickens, PLC**   333 N. Alabama Street,      $2,000.00
                                Ste 350, Indianapolis,
                                IN 46037


**14) Previous Locations**

**5845 W. 82nd Street**         03/22/21                  02/24/2022
**Suite 110, Indianapolis,**
**IN 46278**


**26a) Bookkeepers**

**Aliign, LLC**                12800 N. Meridian      01/01/2020           12/31/2020
                               Street, Suite 400,
                               Carmel, IN 46032

**Clifton Larsen**                                    01/01/2018           12/31/2019
**Allen**

**Alyssa Freeman**             c/o Skinny &
                               Company

**26c) Records keepers**

**Aliign, LLC**                     12800 N. Meridian Street,
                                     Suite 400, Carmel, IN
                                    46032


**26d) Creditors**

**U.S. Small Business Administration**      409 3rd Street, Washington, DC 20416

**Internal Revenue Service**                PO Box 7346, Philadelphia, PA
                                           19101-7346

## Payments to Luke Geddie in One Year Prior to Petition Date

| Date | Description | Method | Amount |
|------|-------------|--------|-------:|
| 3/3/23 | 2 Payrolls | ACH | $ 4,324.18 |
| 1/30/23 | Payroll | ACH | $ 2,162.09 |
| 1/5/23 | Payroll | ACH | $ 2,162.09 |
| 12/30/22 | Grasshopper Phone | ACH | $ 378.22 |
| 12/29/22 | Grasshopper Phone | ACH | $ 378.22 |
| 12/16/22 | Payroll | ACH | $ 2,162.09 |
| 12/1/22 | Reimbursement | Paypal | $ 2,000.00 |
| 8/29/22 | Payroll | ACH | $ 2,162.09 |
| 8/15/22 | Payroll | ACH | $ 2,162.09 |
| 8/9/22 | Payroll | Paypal | $ 300.00 |
| 8/5/22 | Reimbursement | Paypal | $ 75.00 |
| 8/1/22 | Payroll | ACH | $ 2,162.09 |
| 7/15/22 | Payroll | ACH | $ 2,162.09 |
| 7/7/22 | Payroll | ACH | $ 2,162.09 |
| 6/23/22 | Payroll | ACH | $ 2,162.09 |
| 6/9/22 | Payroll | ACH | $ 2,162.09 |
| 6/3/22 | Payroll | ACH | $ 2,162.09 |
| 5/26/22 | Payroll | ACH | $ 2,162.09 |
| 5/12/22 | Payroll | ACH | $ 2,162.09 |
| 4/28/22 | 2 Payrolls | ACH | $ 4,324.18 |
| 4/12/22 | Payroll | ACH | $ 2,162.09 |
| 4/10/22 | Payroll/$6K to Geddie CC for Plumb Acct'g Pymt | Paypal | $ 6,975.18 |
| 4/4/22 | Payroll | Check | $ 2,162.09 |
| | | **Total:** | **$ 51,186.33** |

**SOFA - Question 30**
**Payments to Luke Geddie in One Year Prior to Petition Date**
**Relationship to Debtor:  President/Shareholder**

| Date | Description | Method | | Amount |
|---|---|---|---|---|
| 3/3/23 | 2 Payrolls | ACH | $ | 4,324.18 |
| 1/30/23 | Payroll | ACH | $ | 2,162.09 |
| 1/5/23 | Payroll | ACH | $ | 2,162.09 |
| 12/30/22 | Grasshopper Phone | ACH | $ | 378.22 |
| 12/29/22 | Grasshopper Phone | ACH | $ | 378.22 |
| 12/16/22 | Payroll | ACH | $ | 2,162.09 |
| 12/1/22 | Reimbursement | Paypal | $ | 2,000.00 |
| 8/29/22 | Payroll | ACH | $ | 2,162.09 |
| 8/15/22 | Payroll | ACH | $ | 2,162.09 |
| 8/9/22 | Payroll | Paypal | $ | 300.00 |
| 8/5/22 | Reimbursement | Paypal | $ | 75.00 |
| 8/1/22 | Payroll | ACH | $ | 2,162.09 |
| 7/15/22 | Payroll | ACH | $ | 2,162.09 |
| 7/7/22 | Payroll | ACH | $ | 2,162.09 |
| 6/23/22 | Payroll | ACH | $ | 2,162.09 |
| 6/9/22 | Payroll | ACH | $ | 2,162.09 |
| 6/3/22 | Payroll | ACH | $ | 2,162.09 |
| 5/26/22 | Payroll | ACH | $ | 2,162.09 |
| 5/12/22 | Payroll | ACH | $ | 2,162.09 |
| 4/28/22 | 2 Payrolls | ACH | $ | 4,324.18 |
| 4/12/22 | Payroll | ACH | $ | 2,162.09 |
| 4/10/22 | Payroll/$6K to Geddie CC for Plumb Acct'g Pymt | Paypal | $ | 6,975.18 |
| 4/4/22 | Payroll | Check | $ | 2,162.09 |
| | | **Total:** | **$** | **51,186.33** |

**Skinny & Co., Inc.**
**Hold Co. : Skinny & Co., Inc.**
**Balance Sheet**
**as of March 31, 2021**

| Financial Row | Amount |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank** | |
| **10000 - Bank** | |
| 10015 - Cash - FFB (3347) | $176,348.38 |
| 10025 - Cash - PayPal | $17,354.45 |
| 10030 - Cash - Petty Cash | $62.50 |
| **Total - 10000 - Bank** | **$193,765.33** |
| **Total Bank** | **$193,765.33** |
| **Accounts Receivable** | |
| **12000 - Receivables** | |
| 12010 - Accounts Receivable | $186,376.95 |
| **Total - 12000 - Receivables** | **$186,376.95** |
| **Total Accounts Receivable** | **$186,376.95** |
| **Other Current Asset** | |
| **13000 - Inventory** | |
| 13010 - Inv - Raw Material | $324,182.34 |
| 13020 - Inv - Work-in-Progress | $779.58 |
| 13030 - Inv - Finished Goods | $779,069.46 |
| **Total - 13000 - Inventory** | **$1,104,031.38** |
| **14000 - Prepaid Expenses** | |
| 14010 - Prepaid - Insurance | $8,209.73 |
| 14020 - Prepaid - R/E Taxes | $7,011.47 |
| 14030 - Prepaid - Rent | $19,971.96 |
| 14040 - Prepaid - Deposits | $32,302.14 |
| 14050 - Prepaid - Equipment | $6,886.29 |
| **Total - 14000 - Prepaid Expenses** | **$74,381.59** |
| **14100 - Other Current Assets** | |
| 14120 - Undeposited Funds | $2,547.27 |
| **Total - 14100 - Other Current Assets** | **$2,547.27** |
| **Total Other Current Asset** | **$1,180,960.24** |
| **Total Current Assets** | **$1,561,102.52** |
| **Fixed Assets** | |
| **15000 - Property Plant & Equipment (PPE)** | |
| **15020 - PPE - Machinery & Equipment** | |
| 15020 - PPE - Machinery & Equipment | $150,320.39 |
| 16020 - A/D - Machinery & Equipment | ($62,592.38) |
| **Total - 15020 - PPE - Machinery & Equipment** | **$87,728.01** |
| **15050 - PPE - Furniture & Fixtures** | |
| 15050 - PPE - Furniture & Fixtures | $21,942.21 |
| 16050 - A/D - Furniture & Fixtures | ($11,512.34) |
| **Total - 15050 - PPE - Furniture & Fixtures** | **$10,429.87** |
| **15060 - PPE - Leasehold Improvements** | |
| 15060 - PPE - Leasehold Improvements | $20,543.68 |
| 16060 - A/D - Leasehold Improvements | ($3,909.01) |
| **Total - 15060 - PPE - Leasehold Improvements** | **$16,634.67** |
| **Total - 15000 - Property Plant & Equipment (PPE)** | **$114,792.55** |
| **Total Fixed Assets** | **$114,792.55** |
| **Other Assets** | |
| **16500 - Intangible Assets** | |
| **16510 - Intangible Assets** | |
| 16510 - Intangible Assets | $40,221.21 |
| 16515 - Accum. Amort Intangibles | ($9,372.49) |
| **Total - 16510 - Intangible Assets** | **$30,848.72** |
| **16520 - Loan Origination Fees** | |
| 16520 - Loan Origination Fees | $18,500.00 |
| 16525 - Accum. Amort Loan Orig Fees | ($9,750.00) |
| **Total - 16520 - Loan Origination Fees** | **$8,750.00** |
| **Total - 16500 - Intangible Assets** | **$39,598.72** |

**Skinny & Co., Inc.**
**Hold Co. : Skinny & Co., Inc.**
**Balance Sheet**
**as of March 31, 2021**

| Financial Row | Amount |
|---|---|
| **17000 - Non-Current Receivables** | |
| 17030 - Due from Jaime Vasquez | $149,663.59 |
| **Total - 17000 - Non-Current Receivables** | **$149,663.59** |
| **19000 - Other Non Current Assets** | |
| 19030 - Intangible Assets - Capitalized Software Costs | $93,462.00 |
| 19070 - Accumulated Amortization - Intangibles | ($22,883.46) |
| **Total - 19000 - Other Non Current Assets** | **$70,578.54** |
| **Total Other Assets** | **$259,840.85** |
| **Total ASSETS** | **$1,935,735.92** |
| | |
| **Liabilities & Equity** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **21000 - Payables** | |
| 21010 - A/P Trade | $687,667.95 |
| 21060 - Bank Note Payable | $34,235.64 |
| **Total - 21000 - Payables** | **$721,903.59** |
| **Total Accounts Payable** | **$721,903.59** |
| **Credit Card** | |
| 21500 - Credit Card - First Financial - Skinny (9807) | $20,888.53 |
| 21510 - Credit Card - 5th 3rd - Skinny (6571) | $21,894.13 |
| **Total Credit Card** | **$42,782.66** |
| **Other Current Liability** | |
| 23040 - Accrued Purchases | $78,641.84 |
| 24020 - Customer Deposits | ($1,561.27) |
| 24040 - PPP Loan | $347,200.00 |
| **25000 - Accrued Taxes** | |
| 25030 - Sales Taxes Payable IN | $7,216.81 |
| 25060 - Payroll Tax Deferral - ER SS | $9,063.61 |
| **Total - 25000 - Accrued Taxes** | **$16,280.42** |
| **Total Other Current Liability** | **$440,560.99** |
| **Total Current Liabilities** | **$1,205,247.24** |
| **Long Term Liabilities** | |
| **27000 - Long-Term Debt** | |
| 27010 - LTD - Notes Payable | $2,023,213.68 |
| **27100 - Capital Leases** | |
| 27110 - N/P - Prolift Equipment Lease | ($172.81) |
| 27120 - N/P - Banleaco, Inc. | $44,994.25 |
| 27130 - Capital Lease - American Packaging | $6,363.99 |
| 27140 - N/P - 1st Bank Richmond - P.E. Labellers | $31,786.04 |
| **Total - 27100 - Capital Leases** | **$82,971.47** |
| **Total - 27000 - Long-Term Debt** | **$2,106,185.15** |
| **Total Long Term Liabilities** | **$2,106,185.15** |
| **Equity** | |
| **30000 - Owners Equity** | |
| 31000 - Common Stock | $80,000.00 |
| **Total - 30000 - Owners Equity** | **$80,000.00** |
| Retained Earnings | ($749,462.48) |
| Net Income | ($706,233.99) |
| **Total Equity** | **($1,375,696.47)** |
| **Total Liabilities & Equity** | **$1,935,735.92** |

## Skinny & Co., Inc.
## Hold Co. (Consolidated)
# Income Statement by month

| Financial Row | | FY 2021 | | | |
|---|---|---|---|---|---|
| | | Q1 2021 | | | Total |
| | Jan 2021 | Feb 2021 | Mar 2021 | Total | |
| | Amount | Amount | Amount | Amount | Amount |
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **40000 - Revenue** | | | | | |
| 41000 - Product Sales | $87,309.07 | $59,376.58 | $75,496.54 | $222,182.19 | $222,182.19 |
| 49050 - Sales Discounts | ($2,772.94) | ($5,514.21) | ($8,912.67) | ($17,199.82) | ($17,199.82) |
| **Total - 40000 - Revenue** | **$84,536.13** | **$53,862.37** | **$66,583.87** | **$204,982.37** | **$204,982.37** |
| 49999 - [SS] Go-Live Revenue | ($1,464.01) | $3,232.00 | $72.00 | $1,839.99 | $1,839.99 |
| **Total - Income** | **$83,072.12** | **$57,094.37** | **$66,655.87** | **$206,822.36** | **$206,822.36** |
| **Cost Of Sales** | | | | | |
| **50000 - Cost of Goods Sold** | | | | | |
| 50000 - Cost of Goods Sold | $0.00 | $7,865.70 | $22,256.99 | $30,122.69 | $30,122.69 |
| 50010 - COGS - Materials | $34,505.09 | $54,288.18 | $27,994.25 | $116,787.52 | $116,787.52 |
| 50020 - COGS - MFG (Absorption) | ($2.64) | ($2.64) | $0.00 | ($5.28) | ($5.28) |
| 50025 - Warehouse Supplies | $7,527.70 | $6,863.26 | $524.13 | $14,915.09 | $14,915.09 |
| 50040 - COGS - Packaging Materials | $2,656.18 | $3,563.93 | $1,816.56 | $8,036.67 | $8,036.67 |
| 57000 - Shipping and Freight | $9,992.73 | $5,480.52 | $11,225.07 | $26,698.32 | $26,698.32 |
| 57050 - Freight In | $156.47 | $648.62 | $1,169.63 | $1,974.72 | $1,974.72 |
| 58000 - Inventory Adjustment | ($19,620.79) | ($2,251.03) | ($7,478.79) | ($29,350.61) | ($29,350.61) |
| **Total - 50000 - Cost of Goods Sold** | **$35,214.74** | **$76,456.54** | **$57,507.84** | **$169,179.12** | **$169,179.12** |
| **Total - Cost Of Sales** | **$35,214.74** | **$76,456.54** | **$57,507.84** | **$169,179.12** | **$169,179.12** |
| **Gross Profit** | **$47,857.38** | **($19,362.17)** | **$9,148.03** | **$37,643.24** | **$37,643.24** |
| **Expense** | | | | | |
| **60000 - Selling Expenses** | | | | | |
| 60010 - Advertising and Marketing | $14,250.60 | $10,099.20 | $14,228.54 | $38,578.34 | $38,578.34 |
| 60015 - Sales Commissions | $281.95 | $5,228.03 | $1,198.94 | $6,708.92 | $6,708.92 |
| 60025 - Marketing Contractors | $5,940.00 | $351.00 | $3,526.00 | $9,817.00 | $9,817.00 |
| 60045 - Sales Expenses | $7,325.42 | $2,092.24 | $5,189.14 | $14,606.80 | $14,606.80 |
| 60055 - Sales Travel | $1,475.00 | $855.35 | $0.00 | $2,330.35 | $2,330.35 |
| 60060 - Trade Shows | $2,147.38 | $0.00 | $3,500.00 | $5,647.38 | $5,647.38 |
| **Total - 60000 - Selling Expenses** | **$31,420.35** | **$18,625.82** | **$27,642.62** | **$77,688.79** | **$77,688.79** |
| **62000 - General & Administrative Expenses** | | | | | |
| 62010 - Accounting | $7,637.77 | $1,206.90 | $6,500.00 | $15,344.67 | $15,344.67 |
| 62015 - Amortization | $1,423.91 | $1,423.91 | $1,425.30 | $4,273.12 | $4,273.12 |
| 62020 - Auto Expense | $638.96 | $638.96 | $638.96 | $1,916.88 | $1,916.88 |
| 62030 - Bank Charges and Fees | $324.71 | $210.08 | ($9,828.55) | ($9,293.76) | ($9,293.76) |
| 62040 - Collection Fees | $4,000.00 | $8,000.00 | $6,394.99 | $18,394.99 | $18,394.99 |
| 62045 - Credit Card Processing Fees | $326.91 | $1,752.09 | $1,095.77 | $3,174.77 | $3,174.77 |
| 62050 - Depreciation | $5,109.46 | $5,109.46 | $5,007.97 | $15,226.89 | $15,226.89 |
| 62055 - Dues & Subscriptions | $3,459.47 | $5,229.13 | $5,006.19 | $13,694.79 | $13,694.79 |
| 62060 - Education and Training | $49.00 | $84.97 | $0.00 | $133.97 | $133.97 |
| 62075 - Interest Expense | $16,396.49 | $14,777.63 | $13,790.76 | $44,964.88 | $44,964.88 |
| 62080 - Legal | $9,191.95 | $12,038.55 | $1,082.50 | $22,313.00 | $22,313.00 |
| 62090 - Office Supplies | $3,393.29 | $3,100.62 | $7,345.33 | $13,839.24 | $13,839.24 |
| 62095 - Rent Expense | $20,263.38 | $20,263.38 | $40,007.38 | $80,534.14 | $80,534.14 |
| 62100 - Repairs and Maintenance | $0.00 | $334.10 | $278.25 | $612.35 | $612.35 |
| 62115 - Software Subscription and IT | $18,781.80 | $1,085.92 | $968.50 | $20,836.22 | $20,836.22 |
| 62125 - Telephone & Internet | $1,592.18 | $423.81 | $285.51 | $2,301.50 | $2,301.50 |

**Skinny & Co., Inc.**
**Hold Co. (Consolidated)**
# Income Statement by month

| Financial Row | | | | | Total |
|---|---|---|---|---|---|
| | | Q1 2021 | | | |
| | Jan 2021 | Feb 2021 | Mar 2021 | Total | |
| | Amount | Amount | Amount | Amount | Amount |
| 62130 - Travel (non Sales) | $0.00 | $0.00 | $705.40 | $705.40 | $705.40 |
| 62135 - Utilities | $1,426.74 | $2,713.20 | $1,809.90 | $5,949.84 | $5,949.84 |
| 62140 - Consulting | $1,425.00 | $0.00 | $0.00 | $1,425.00 | $1,425.00 |
| 63000 - Miscellaneous Expense | $545.17 | $5,364.02 | $9,563.24 | $15,472.43 | $15,472.43 |
| **Total - 62000 - General & Administrative Expenses** | **$95,986.19** | **$83,756.73** | **$92,077.40** | **$271,820.32** | **$271,820.32** |
| **64000 - Payroll Expenses** | | | | | |
| 64010 - Wages Expense | $63,352.07 | $97,796.11 | $147,472.13 | $308,620.31 | $308,620.31 |
| 64015 - Payroll Taxes | $5,197.28 | $31,953.79 | $47,733.66 | $84,884.73 | $84,884.73 |
| 64020 - Payroll Processing Expenses | $736.97 | $1,692.40 | $2,278.12 | $4,707.49 | $4,707.49 |
| **Total - 64000 - Payroll Expenses** | **$69,286.32** | **$131,442.30** | **$197,483.91** | **$398,212.53** | **$398,212.53** |
| **Total - Expense** | **$196,692.86** | **$233,824.85** | **$317,203.93** | **$747,721.64** | **$747,721.64** |
| **Net Ordinary Income** | **($148,835.48)** | **($253,187.02)** | **($308,055.90)** | **($710,078.40)** | **($710,078.40)** |
| **Other Income and Expenses** | | | | | |
| **Other Expense** | | | | | |
| **80000 - Other Expenses** | | | | | |
| 80010 - Other Misc Expense | $0.00 | ($3,960.00) | $115.59 | ($3,844.41) | ($3,844.41) |
| **Total - 80000 - Other Expenses** | **$0.00** | **($3,960.00)** | **$115.59** | **($3,844.41)** | **($3,844.41)** |
| **Total - Other Expense** | **$0.00** | **($3,960.00)** | **$115.59** | **($3,844.41)** | **($3,844.41)** |
| **Net Other Income** | **$0.00** | **$3,960.00** | **($115.59)** | **$3,844.41** | **$3,844.41** |
| **Net Income** | **($148,835.48)** | **($249,227.02)** | **($308,171.49)** | **($706,233.99)** | **($706,233.99)** |

BLUE & CO., LLC
12800 N. MERIDIAN ST, STE 400
CARMEL, IN 46032

SKINNY & COMPANY
5762 W. 74TH ST.
INDIANAPOLIS, IN  46278

026340
04-01-20

Caution: Forms printed from within Adobe Acrobat products may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

CLIENT'S COPY

Caution: Forms printed from within Adobe Acrobat products may not meet IRS or state taxing agency specifications. When using Acrobat, select the "Actual Size" in the Adobe "Print" dialog.

FEDERAL NON-FILEABLE FORMS

CORPORATION
**Two-Year Comparison**                              **2020**

| Name | Employer Identification Number |
|------|--------------------------------|
| SKINNY & COMPANY | ███████5058 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|-------------|-----------:|-------------:|--------------------:|
| INCOME: | | | |
| | | | |
| GROSS RECEIPTS OR SALES LESS | | | |
| RETURNS AND ALLOWANCES | 2,088,583. | 11,699,834. | 9,611,251. |
| COST OF GOODS SOLD | 2,007,934. | 8,385,007. | 6,377,073. |
| GROSS PROFITS | 80,649. | 3,314,827. | 3,234,178. |
| OTHER INCOME | 600. | 75,906. | 75,306. |
| TOTAL INCOME | 81,249. | 3,390,733. | 3,309,484. |
| | | | |
| DEDUCTIONS: | | | |
| | | | |
| SALARIES AND WAGES LESS | | | |
| EMPLOYMENT CREDITS | 314,366. | 640,578. | 326,212. |
| REPAIRS AND MAINTENANCE | 1,291. | 9,184. | 7,893. |
| BAD DEBTS | 0. | 52,101. | 52,101. |
| RENTS | 68,206. | 223,141. | 154,935. |
| TAXES AND LICENSES | 62,092. | 126,445. | 64,353. |
| INTEREST | 356,156. | 116,964. | -239,192. |
| DEPRECIATION | 20,937. | 113,496. | 92,559. |
| ADVERTISING | 176,140. | 156,639. | -19,501. |
| OTHER DEDUCTIONS | 314,580. | 933,488. | 618,908. |
| TOTAL DEDUCTIONS | 1,313,768. | 2,372,036. | 1,058,268. |
| | | | |
| TAXABLE INCOME: | | | |
| | | | |
| TAXABLE INCOME BEFORE NOL DEDUCTION | | | |
| AND SPECIAL DEDUCTIONS | -1,232,519. | 1,018,697. | 2,251,216. |
| NET OPERATING LOSS DEDUCTION | 0. | 1,018,697. | 1,018,697. |
| TAXABLE INCOME | -1,232,519. | 0. | 1,232,519. |
| | | | |
| TAX COMPUTATION: | | | |
| | | | |
| TAX BEFORE CREDITS | 0. | 0. | 0. |
| | | | |
| TAX AFTER CREDITS | 0. | 0. | 0. |
| | | | |
| TOTAL TAX | 0. | 0. | 0. |
| | | | |
| PAYMENTS AND CREDITS: | | | |
| | | | |
| BALANCE DUE OR REFUND: | | | |
| | | | |
| SCHEDULE M-1: | | | |
| | | | |
| NET INCOME (LOSS) PER BOOKS | -1,175,154. | 785,264. | 1,960,418. |
| BOOK EXPENSES NOT ON RETURN | 195,980. | 748,175. | 552,195. |

CORPORATION
## Two-Year Comparison
# 2020

| Name | Employer Identification Number |
|---|---|
| SKINNY & COMPANY | ████ 5058 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| INCOME ON BOOKS NOT ON RETURN | 249,845. | 426,634. | 176,789. |
| RETURN DEDUCTIONS NOT ON BOOKS | 3,500. | 88,108. | 84,608. |
| INCOME PER RETURN | -1,232,519. | 1,018,697. | 2,251,216. |
| | | | |
| SCHEDULE M-2: | | | |
| | | | |
| BALANCE AT BEGINNING OF YEAR - | | | |
| UNAPPROPRIATED RETAINED EARNINGS | -340,403. | -1,515,557. | -1,175,154. |
| NET INCOME (LOSS) PER BOOKS | -1,175,154. | 785,264. | 1,960,418. |
| BALANCE AT END OF YEAR - | | | |
| UNAPPROPRIATED RETAINED EARNINGS | -1,515,557. | -730,293. | 785,264. |

012841
04-01-20

| Form **1120** | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2020 or tax year beginning _____ , ending _____ ▶ Go to www.irs.gov/Form1120 for instructions and the latest information. | | **2020** |

| A Check if: | | | | | B Employer identification number |
|---|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | | TYPE OR PRINT | Name SKINNY & COMPANY | | ██████5058 |
| b Life/nonlife consolidated return | | | Number, street, and room or suite no. If a P.O. box, see instructions. 5762 W. 74TH ST. | | C Date incorporated 01/01/2018 |
| 2 Personal holding co. (attach Sch. PH) | | | City or town, state or province, country, and ZIP or foreign postal code INDIANAPOLIS, IN 46278 | | D Total assets (see instructions) $ 2,451,098. |
| 3 Personal service corp. (see instructions) | | | | | |
| 4 Schedule M-3 attached | | | | | |

E Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | | **1a** | 11,699,834. | |
| | **b** Returns and allowances | | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | | **1c** | 11,699,834. |
| | **2** Cost of goods sold (attach Form 1125-A) | | | **2** | 8,385,007. |
| | **3** Gross profit. Subtract line 2 from line 1c | | | **3** | 3,314,827. |
| | **4** Dividends and inclusions (Schedule C, line 23) | | | **4** | |
| | **5** Interest | | | **5** | |
| | **6** Gross rents | | | **6** | |
| | **7** Gross royalties | | | **7** | |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) | | | **8** | |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **9** | |
| | **10** Other income (attach statement)              SEE STATEMENT 1 | | | **10** | 75,906. |
| | **11** **Total income.** Add lines 3 through 10 | | ▶ | **11** | 3,390,733. |

| | | | | | |
|---|---|---|---|---|---|
| **Deductions (See instructions for limitations on deductions.)** | **12** Compensation of officers (attach Form 1125-E) | | | **12** | |
| | **13** Salaries and wages (less employment credits) | | | **13** | 640,578. |
| | **14** Repairs and maintenance | | | **14** | 9,184. |
| | **15** Bad debts | | | **15** | 52,101. |
| | **16** Rents | | | **16** | 223,141. |
| | **17** Taxes and licenses                    SEE STATEMENT 2 | | | **17** | 126,445. |
| | **18** Interest (see instructions) | | | **18** | 116,964. |
| | **19** Charitable contributions | | | **19** | |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | **20** | 113,496. |
| | **21** Depletion | | | **21** | |
| | **22** Advertising | | | **22** | 156,639. |
| | **23** Pension, profit-sharing, etc., plans | | | **23** | |
| | **24** Employee benefit programs | | | **24** | |
| | **25** Reserved for future use | | | **25** | |
| | **26** Other deductions (attach statement)         SEE STATEMENT 3 | | | **26** | 933,488. |
| | **27** **Total deductions.** Add lines 12 through 26 | | ▶ | **27** | 2,372,036. |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | **28** | 1,018,697. |
| | **29a** Net operating loss deduction (see instructions)  STATEMENT 4 | **29a** | 1,018,697. | | |
| | **b** Special deductions (Schedule C, line 24) | **29b** | | | |
| | **c** Add lines 29a and 29b | | | **29c** | 1,018,697. |

| | | | | | |
|---|---|---|---|---|---|
| **Tax, Refundable Credits, and Payments** | **30** **Taxable income.** Subtract line 29c from line 28. See instructions | | | **30** | 0. |
| | **31** Total tax (Schedule J, Part I, line 11) | | | **31** | 0. |
| | **32** 2020 net 965 tax liability paid (Schedule J, Part II, line 12) | | | **32** | |
| | **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | | **33** | |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached | | ▶ ☐ | **34** | |
| | **35** **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | | **35** | 0. |
| | **36** **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | | **36** | |
| | **37** Enter amount from line 36 you want: Credited to 2021 estimated tax ▶        Refunded ▶ | | | **37** | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? |
|---|---|---|---|
| | ▶ _____ Signature of officer        Date | ▶ CEO Title | ☒ Yes ☐ No |

| Paid Preparer Use Only | Print/Type preparer's name PAUL F. ROTH | Preparer's signature PAUL F. ROTH | Date 03/15/21 | Check ☐ if self-employed | PTIN P01438444 |
|---|---|---|---|---|---|
| | Firm's name ▶ BLUE & CO., LLC | | | Firm's EIN ▶ | ██8661 |
| | Firm's address ▶ 12800 N. MERIDIAN ST, STE 400 CARMEL, IN 46032 | | | Phone no. 317-848-8920 | |

011601 12-18-20   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**                                     Form **1120** (2020)

Form 1120 (2020)  **SKINNY & COMPANY**                                                          5058  Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | **(a)** Dividends and inclusions | **(b)** % | **(c)** Special deductions **(a)** × **(b)** |
|---|---|---|---|---|
| **1** | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| **2** | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| **3** | Dividends on certain debt-financed stock of domestic and foreign corporations | | See Instructions | |
| **4** | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| **5** | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| **6** | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| **7** | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| **8** | Dividends from wholly owned foreign subsidiaries | | 100 | |
| **9** | **Subtotal.** Add lines 1 through 8 | | See Instructions | |
| **10** | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| **11** | Dividends from affiliated group members | | 100 | |
| **12** | Dividends from certain FSCs | | 100 | |
| **13** | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| **14** | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| **15** | Section 965(a) inclusion | | See Instructions | |
| **16a** | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| **b** | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| **c** | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| **17** | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| **18** | Gross-up for foreign taxes deemed paid | | | |
| **19** | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| **20** | Other dividends | | | |
| **21** | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| **22** | Section 250 deduction (attach Form 8993) | | | |
| **23** | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| **24** | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2020)

011611
12-18-20

Form 1120 (2020)   SKINNY & COMPANY                                    5058   Page **3**

| | Schedule J | Tax Computation and Payment (see instructions) | | | |
|---|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | | |
| 2 | Income tax. See instructions | | 2 | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | 3 | |
| 4 | Add lines 2 and 3 | | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | |
| b | Credit from Form 8834 (see instructions) | 5b | | |
| c | General business credit (attach Form 3800) | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | |
| e | Bond credits from Form 8912 | 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e | | 6 | |
| 7 | Subtract line 6 from line 4 | | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | | |
| g | Other (see instructions - attach statement) | 9g | | |
| 10 | **Total.** Add lines 9a through 9g | | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | 11 | 0. |

**Part II - Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2020 net 965 tax liability paid from Form 965-B, Part II, column (k), line 4. Enter here and on page 1, line 32 | 12 | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2019 overpayment credited to 2020 | 13 | |
| 14 | 2020 estimated tax payments | 14 | |
| 15 | 2020 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | 2020 net 965 tax liability from Form 965-B, Part I, column (d), line 4. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | |

Form **1120** (2020)

011621
12-18-20

Form 1120 (2020)  SKINNY & COMPANY                                                    5058   **Page 4**

| **Schedule K** | **Other Information** (see instructions) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ▶ _____ | | |
| **2** | See the instructions and enter the: | | |
| **a** | Business activity code no. ▶ 424990 | | |
| **b** | Business activity ▶ WHOLESALE TRADE | | |
| **c** | Product or service ▶ COCONUT OIL | | |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | |
| **4** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | X | |
| **5** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | | X |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned ▶ _____   and **(b)** Owner's country ▶ _____ | | |
| | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____ | | |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____ | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $  1,299,495. | | |

011632
12-18-20

Form **1120** (2020)

Form 1120 (2020)   SKINNY & COMPANY   5058   Page **5**

| Schedule K | Other Information *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 ............. ▶ $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                    By Value | | |

Form **1120** (2020)

Form 1120 (2020)  **SKINNY & COMPANY**                                        5058   Page **6**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 83,113. | | 756,735. |
| 2a Trade notes and accounts receivable | 249,845. | | 254,634. | |
| b Less allowance for bad debts | ( ) | 249,845. | ( ) | 254,634. |
| 3 Inventories | | 331,471. | | 1,029,312. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) STMT 5 | | 0. | | 26,983. |
| 7 Loans to shareholders | | 151,725. | | 149,664. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 98,879. | | 271,268. | |
| b Less accumulated depreciation | ( 60,283.) | 38,596. | ( 85,670.) | 185,598. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 41,696. | | 58,221. | |
| b Less accumulated amortization | ( 8,831.) | 32,865. | ( 14,849.) | 43,372. |
| 14 Other assets (att. stmt.) STMT 6 | | 4,800. | | 4,800. |
| 15 Total assets | | 892,415. | | 2,451,098. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 195,979. | | 745,754. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) STMT 7 | | 770,051. | | 757,698. |
| 19 Loans from shareholders | | 206,619. | | 174,755. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,143,181. | | 1,336,039. |
| 21 Other liabilities (att. stmt.) STMT 8 | | 12,142. | | 87,145. |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 80,000. | 80,000. | 80,000. | 80,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | -1,515,557. | | -730,293. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 892,415. | | 2,451,098. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 785,264. | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | Tax-exempt interest $ | | |
| 3 Excess of capital losses over capital gains | | STMT 10        426,634. | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | 426,634. | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| a Depreciation $ | | a Depreciation $ 88,108. | | |
| b Charitable contributions $ | | b Charitable contributions $ | | |
| c Travel and entertainment $ STMT 9   746,415. | 748,175. | | 88,108. | |
| | | 9 Add lines 7 and 8 | 514,742. | |
| 6 Add lines 1 through 5 | 1,533,439. | 10 Income (page 1, line 28) - line 6 less line 9 | 1,018,697. | |

Travel and entertainment $ 1,760.

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -1,515,557. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | 785,264. | b Stock | | |
| 3 Other increases (itemize): | | c Property | | |
| | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -730,293. | 8 Balance at end of year (line 4 less line 7) | -730,293. | |

011631 12-18-20                                                          Form **1120** (2020)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name

SKINNY & COMPANY

Employer Identification number

█████5058

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 3,295,771. |
| 3 | Cost of labor | 3 | 4,453,930. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)    SEE STATEMENT 11 | 5 | 635,306. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 8,385,007. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 8,385,007. |

**9 a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods .............................................................. ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............. ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
     under LIFO .............................................................................................. **9d** |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............. ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............. ☐ Yes ☒ No
    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

024441
04-01-20   LHA

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| SKINNY & COMPANY | ████ 5058 |

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| LUKE GEDDIE | ████ 9100 | UNITED STATES | 75.00% |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

017701
04-01-20   LHA

**Schedule G (Form 1120) (Rev. 12-2011)**

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) OTHER ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | OMB No. 1545-0172 **2020** Attachment Sequence No. **179** |
|---|---|---|

Department of the Treasury Internal Revenue Service  (99)

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| SKINNY & COMPANY | OTHER DEPRECIATION | 5058 |

**Part I**  Election To Expense Certain Property Under Section 179  **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| **1** Maximum amount (see instructions) | **1** | 1,040,000. |
| **2** Total cost of section 179 property placed in service (see instructions) | **2** | |
| **3** Threshold cost of section 179 property before reduction in limitation | **3** | 2,590,000. |
| **4** Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| **5** Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| **6** | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| **7** Listed property. Enter the amount from line 29 | **7** | | |
| **8** Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| **9** Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| **10** Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | | **10** | |
| **11** Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | **11** | |
| **12** Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| **13** Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| **14** Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 110,073. |
| **15** Property subject to section 168(f)(1) election | **15** | |
| **16** Other depreciation (including ACRS) | **16** | |

**Part III**  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| **17** MACRS deductions for assets placed in service in tax years beginning before 2020 | **17** | 3,423. |
| **18** If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | / | | 30 yrs. | MM | S/L | |
| **d** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | |
|---|---|---|
| **21** Listed property. Enter amount from line 28 | **21** | |
| **22** **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 113,496. |
| **23** For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

016251 12-18-20   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2020)

Form 4562 (2020)      **SKINNY & COMPANY**                          5058   Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed?  [ ] Yes  [ ] No   24b If "Yes," is the evidence written?  [ ] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2020 tax year: | | | | | |
| | : : | | | | |
| SEE STATEMENT 12 | | | | | 2,808. |
| 43 Amortization of costs that began before your 2020 tax year | | | | 43 | 2,549. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 5,357. |

016252  12-18-20                                                          Form **4562** (2020)

**Section 1.263(a)-1(f) De Minimis Safe Harbor Election**

**Skinny & Company**
**5762 W. 74TH St.**
**Indianapolis, IN  46278**

**Employer Identification Number:** ████5058

**For the Year Ending December 31, 2020**

**Skinny & Company is making the de minimis safe harbor election under Reg. Sec. 1.263(a)-1(f).**

█████5058

| FORM 1120 | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME | 75,906. |
| TOTAL TO FORM 1120, LINE 10 | 75,906. |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 126,445. |
| TOTAL TO FORM 1120, LINE 17 | 126,445. |

| FORM 1120 | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AMORTIZATION | 5,357. |
| AUTMOBILE EXPENSE | 7,314. |
| BAD DEBT | 97,899. |
| BANK SERVICE CHARGES | 14,421. |
| CASH BASIS ADJUSTMENT-ACCOUNTS PAYABLE | -745,754. |
| COMMISSIONS | 739,617. |
| DUES AND SUBSCRIPTIONS | 115,071. |
| EMPLOYEE BENEFITS | 12,236. |
| INSURANCE EXPENSES | 55,562. |
| LEGAL AND PROFESSIONAL | 431,330. |
| LICENSES AND FEES | 39,825. |
| MEALS | 1,760. |
| OFFICE EXPENSES | 54,457. |
| OTHER EXPENSES | 15,261. |
| PAYROLL PROCESSING  EXPENSE | 17,043. |
| PRINTING | 8,520. |
| SHIPPING EXPENSE | 11,930. |
| STAFFING AND RECRUITING | 18,322. |
| TRAINING AND EDUCATION | 281. |
| TRAVEL EXPENSES | 9,713. |
| UTILITIES | 23,323. |
| TOTAL TO FORM 1120, LINE 26 | 933,488. |

5058

| | | NET OPERATING LOSS DEDUCTION | | STATEMENT 4 |
|---|---|---|---|---|

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| 12/31/18 | 70,375. | | 70,375. | 70,375. |
| 12/31/19 | 1,229,120. | | 1,229,120. | 1,229,120. |
| NOL AVAILABLE THIS YEAR | | | 1,299,495. | 1,299,495. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSE | 0. | 26,983. |
| TOTAL TO SCHEDULE L, LINE 6 | 0. | 26,983. |

| SCHEDULE L | OTHER ASSETS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DEPOSITS | 4,800. | 4,800. |
| TOTAL TO SCHEDULE L, LINE 14 | 4,800. | 4,800. |

5058

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED PAYROLL TAXES | 0. | 3,846. |
| AMAZON LOAN | 40,092. | 30,289. |
| BREAKOUT CAPITAL LOAN | 0. | 428,345. |
| CREDIT CARDS | 43,021. | 29,870. |
| GOURMET GROWTH | 359,800. | 0. |
| NOTES PAYABLE - CURRENT | 44,798. | 45,527. |
| PAYPAL LOANS | 28,412. | 0. |
| SBA LOAN - EIDG | 0. | 149,900. |
| SHORT TERM LOANS | 88,845. | 23,975. |
| STERLING ADVANCE | 165,083. | 0. |
| WAGES PAYABLE | 0. | 45,946. |
| TOTAL TO SCHEDULE L, LINE 18 | 770,051. | 757,698. |

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CAPITAL LEASES | 12,142. | 87,145. |
| TOTAL TO SCHEDULE L, LINE 21 | 12,142. | 87,145. |

| SCHEDULE M-1 | OTHER EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN THIS RETURN | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CASH BASIS ADJUSTMENT-ACCOUNTS PAYABLE | 745,754. |
| AMORTIZATION | 661. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 746,415. |

5058

| SCHEDULE M-1 | OTHER INCOME RECORDED ON BOOKS<br>NOT INCLUDED IN THIS RETURN | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CASH BASIS ADJUSTMENT-ACCOUNTS RECEIVABLE | 254,634. |
| PPP LOAN FORGIVENESS | 172,000. |
| TOTAL TO SCHEDULE M-1, LINE 7 | 426,634. |

| FORM 1125-A | OTHER COSTS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| INVENTORY ADJUSTMENT | 635,306. |
| TOTAL TO LINE 5 | 635,306. |

| FORM 4562 | PART VI - AMORTIZATION | STATEMENT 12 |
|---|---|---|

| (A)<br>DESCRIPTION OF COSTS | (B)<br>DATE<br>BEGAN | (C)<br>AMORTIZABLE<br>AMOUNT | (D)<br>CODE<br>SECTION | (E)<br>PERIOD/<br>PERCENT | (F)<br>AMORTIZATION<br>THIS YEAR |
|---|---|---|---|---|---|
| NETSUITE ERP | 12/31/20 | 57,000. | | 36.0 | |
| CELIGO INTEGRATION<br>PLATFORM | 11/04/20 | 5,317. | | 36.0 | 295. |
| PATENT TRADEMARK FEES<br>FOR NEW BRAND (US<br>PATENT TRADEMARK) | 10/23/20 | 900. | | 180.0 | 10. |
| PATENT TRADEMARK FEES<br>FOR NEW BRAND (US<br>PATENT TRADEMARK) | 11/02/20 | 250. | | 180.0 | 3. |
| PATENT TRADEMARK FEES<br>FOR NEW BRAND (US<br>PATENT TRADEMARK) | 12/16/20 | 375. | | 180.0 | |
| LOAN ORIGINATION FEE<br>(BREAKOUT CAPITAL) - 12<br>MO LOAN | 10/30/20 | 15,000. | | 12.0 | 2,500. |
| TOTAL TO FORM 4562, LINE 42 | | | | | 2,808. |

**Form IT-20**
State Form 44275
(R18 / 8-20)

Indiana Department of Revenue

# Indiana Corporate Adjusted Gross Income Tax Return
For Calendar Year Ending December 31, 2020 or Other Tax Year

**2020**

Beginning [    ] **2020** and Ending [    ]

Check box if amended [    ]    Check box if amendment is due to a federal audit [    ]    Check box if name changed [    ]

| | |
|---|---|
| Name of Corporation **SKINNY & COMPANY** | Federal Employer Identification Number ▪▪▪ **5058** |
| Number and Street **5762 W. 74TH ST.** | Principal Business Activity Code **424990** | Foreign Country 2-Character Code |
| City **INDIANAPOLIS**  State **IN**  ZIP Code **46278** | 2-Digit County Code **49** | Telephone Number |

**J.** *Check all boxes that apply:*  Initial Return ☐   Final Return ☐   In Bankruptcy ☐   Insurance Co. ☐   Cooperative/IC-DISC ☐   REMIC ☐

K. Date of incorporation **010118** in the state of **IN**

L. State of commercial domicile **IN**

M. Year of initial Indiana return

N. Location of records if different from above address:

O. Check box if the corporation paid any quarterly estimated tax using different federal employer identification numbers ☐

P. Check box if you file federal Form 1120 on a consolidated basis ☐

Q. I am filing on a combined basis, and there are material changes in circumstances since the last petition was filed. ☐

R. 80% or more of gross income is derived from making, acquiring, selling, or servicing loans or extensions of credit. ☐

S. This is a consolidated return for adjusted gross income tax. ☐

T. This return is filed on a combined basis. ☐

U. In determining taxable income, I deducted any intangible expenses or directly related intangible interest expenses paid to ≥ 50% owned affiliates. ☐

V. I have on file a valid extension of time (federal Form 7004 or an electronic extension of time) to file my return. ☐

W. This entity reports income from disregarded entities. ☐

## Computation of Adjusted Gross Income Tax

Round all entries

| | | | |
|---|---|---|---|
| 1. | Federal taxable income (before federal NOL and special deductions); use a minus sign for negative amounts ........ | 1 | 1018697 | 00 |
| 2. | Net qualifying dividends deduction from federal Schedule C, Form 1120 ................................ | 2 | | 00 |
| 3. | **Subtract** line 2 from line 1 | 3 | 1018697 | 00 |

**Modifications for Adjusted Gross Income (see instructions)**

| | | | |
|---|---|---|---|
| 4. | Enter name of addback or deduction **BONUS DEPRECIATION ADDBACK** Code No. **1 0 4** | 4 | 80614 | 00 |
| 5. | Enter name of addback or deduction _____ Code No. _ _ _ | 5 | | 00 |
| 6. | Enter name of addback or deduction _____ Code No. _ _ _ | 6 | | 00 |
| 7. | Enter name of addback or deduction _____ Code No. _ _ _ | 7 | | 00 |
| 8. | Enter name of addback or deduction _____ Code No. _ _ _ | 8 | | 00 |
| 9. | Enter name of addback or deduction _____ Code No. _ _ _ | 9 | | 00 |
| 10. | Enter name of addback or deduction _____ Code No. _ _ _ | 10 | | 00 |
| 11. | Subtotal (add/subtract lines 3 through 10; use a minus sign for negative amounts) ............... | 11 | 1099311 | 00 |

**Other Adjustments**

| | | | |
|---|---|---|---|
| 12. | Foreign source dividends (enclose Schedule IT-20 FSD; enter as a positive amount) ............... | 12 | | 00 |
| 13. | Subtotal of income with adjustments (subtract line 12 from line 11) ...................... | 13 | 1099311 | 00 |
| 14. | Deduct: All source nonbusiness income or (loss) and non-unitary partnership distributions from IT-20 Schedule F, column C, line 10 ............................................... | 14 | | 00 |
| 15. | Taxable business income (subtract line 14 from line 13) ............................ | 15 | 1099311 | 00 |

**Apportionment of Income for Entity with Multistate Activities**

16. Check one of the following apportionment methods used, attach completed schedule, and enter percentage on line 16d
    ☐ 16a Schedule E, from line 9.
    ☐ 16b Schedule E-7, from line 10 (for interstate transportation).
    ☐ 16c Other approved method.

| | | | |
|---|---|---|---|
| 16d. | Enter Indiana apportionment percentage, if applicable (round percent to two decimals) ............... | 16d | • | % |
| 17. | Indiana apportioned business income (multiply line 15 by percent on line 16d) ............... | 17 | 1099311 | 00 |

*If apportionment of income is not applicable, enter the total amount from line 15.*

**Add Allocated and Previously Apportioned Income to Indiana**

| | | | |
|---|---|---|---|
| 18. | Enter Indiana nonbusiness income or loss and Indiana non-unitary partnership income or loss from IT-20 Schedule F, column D, line 11 ........................................ | 18 | | 00 |
| 19. | Indiana adjusted gross income before net operating loss deduction (add lines 17 and 18) ......... | 19 | 1099311 | 00 |

**Deduct from Indiana Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 20. | Indiana NOL deduction. Enter as positive amount from column B of Schedule IT-20NOL(s) for each loss year ..... | 20 | 1099311 | 00 |
| 21. | Taxable adjusted gross income (subtract line 20 from line 19 and carry positive result to line 22 on page 2 of return) ..... | 21 | 0 | 00 |

050421  06-23-20

09920111019

**IT-20**                    **2020  Indiana Corporate Adjusted Gross Income Tax Return**

**Tax Calculation**

| | | | |
|---|---|---|---|
| 22. Enter amount of Indiana adjusted gross Income subject to tax from line 21 ..................... | 22 | 0 | 00 |
| 23. Indiana adjusted gross income tax (multiply line 22 by tax rate; see instructions; cannot be less than zero) .......... | 23 | 0 | 00 |
| *Note:* If using alternate tax rate calculation, attach completed Schedule M and check box. ☐ | | | |
| 24. Sales/use tax due from worksheet .................................................................. | 24 | | 00 |

**Nonrefundable Tax Liability Credits** (enclose supporting documentation)

| | | | | |
|---|---|---|---|---|
| 25. College and University Contribution Credit (CC-40) | 25a. 807 | 25b | | 00 |
| 26. Indiana Research Expense Credit ( IT-20REC) | 26a. 822 | 26b | | 00 |
| 27. Enterprise Zone  Employment Expense Credit (EZ 2) | 27a. 812 | 27b | | 00 |
| 28. Enterprise Zone Loan Interest Credit (LIC) | 28a. 814 | 28b | | 00 |

**Other Nonrefundable Credits** (see instructions)

| | | | |
|---|---|---|---|
| 29. Enter the total of certified credits claimed from Schedule IN-OCC and enclose this schedule with your return. | 29 | | 00 |
| 30. Enter name of credit_____ Code No. 30a. _ _ _ | 30b | | 00 |
| 31. Enter name of credit_____ Code No. 31a. _ _ _ | 31b | | 00 |
| 32. Total of nonrefundable tax liability credits (add lines 25b through 31b; sum of credits applied may not exceed line 23; other restrictions may apply) ...... | 32 | | 00 |
| 33. Total taxes due (add lines 23 and 24 and then subtract line 32; cannot be less than zero) .......... | 33 | 0 | 00 |

**Credit for Estimated Tax, Other Payments, and Refundable Credits**

| | | | |
|---|---|---|---|
| 34. Total quarterly estimated income tax paid (itemize quarterly IT-6/EFT payments below) | 34 | | 00 |
| Qtr1_____ Qtr 2_____ Qtr 3 _____ Qtr 4_____ | | | |
| 35. Enter overpayment credit from tax year ending _____ | 35 | | 00 |
| 36. Enter this year's extension payment .................................................. | 36 | | 00 |
| 37. Other payments, credits (attach supporting evidence) ........................... | 37 | | 00 |
| 38. EDGE credit (enter amount from line 19 of Schedule IN-EDGE)............... | 38 | | 00 |
| 39. EDGE-R credit (enter amount from line 19 of Schedule IN-EDGE-R) ........ | 39 | | 00 |
| 40. Total payments and credits (add lines 34 through 39) .......................... | 40 | | 00 |

**Balance of Tax Due or Overpayment**

| | | | |
|---|---|---|---|
| 41. Balance of Tax Due: If line 33 is greater than line 40, enter the difference as the net tax balance due ...... | 41 | 0 | 00 |
| 42. Penalty  for  Underpayment of Income Tax from attached Schedule IT-2220  ☐ Check box if using annualization method | 42 | | 00 |
| 43. Interest: If payment is made after the original due date, compute interest. (Contact the Department for current interest rate) | 43 | | 00 |
| 44. Late Penalty: If paying late, enter 10% of line 41; see instructions. If lines 23 and 24 are zero, enter $10 per day filed past due date; see instructions on page 24 ................................................ | 44 | | 00 |
| 45. **Total Amount Owed:** Add lines 41 through 44. Make check payable to Indiana Department of Revenue. Pay in U.S. funds ...... | 45 | | 00 |
| 46. Overpayment: If the sum of lines 33, 42, 43, and 44 is less than line 40, enter the difference as an overpayment ...... | 46 | | 00 |
| 47. Refund: Enter portion of line 46 to be refunded ...................................... | 47 | | 00 |
| 48. Overpayment Credit: Amount of line 46 less line 47 to be applied to the following year's estimated tax account......... | 48 | | 00 |

**Certification of Signatures and Authorization  Section**
Under penalties of perjury, I declare I have examined this return, including all accompanying sched-
ules and statements, and to the best of my knowledge and belief it is true, correct, and complete.

**I authorize the Department to discuss my return with my personal
representative (see instructions)**            Yes ☑   No ☐

**Paid Preparer's Email Address**   PROTH@BLUEANDCO.COM

PAUL F. ROTH
**Personal Representative's Name (Print or Type)**

BLUE & CO., LLC
**Paid Preparer: Firm's Name** (or yours if self-employed)

LUKE@SKINNYANDCOMPANY.COM
Email Address

PTIN

| P01438444 |
|---|

_____  _____
Signature of Corporate Officer          Date

                                        CEO
Print or Type Name of Corporate Officer     Title

317 848 8920
Telephone Number

12800 N. MERIDIAN ST, STE 400
Address

PAUL F. ROTH          03 15 21
Signature of Paid Preparer        Date

CARMEL
City

PAUL F. ROTH
Print or Type Name of Paid Preparer

IN                    46032
State                Zip Code + 4

If you owe tax, please mail your return to IN Department of Revenue, PO Box 7087, Indianapolis, IN 46207-7087.
If you do **not** owe any tax, mail it to IN Department of Revenue, PO Box 7231, Indianapolis, IN  46207-7231.


09920121019

**Schedule**
**IT-20NOL**

State Form 439
(R17 /8-20)

Indiana Department of Revenue
**Corporate Income Tax**
**Indiana Net Operating Loss Deduction**
Use a minus sign to denote negative amounts.

Page attachment sequence #9

| Name of Corporation or Organization | Federal Employer Identification Number |
|---|---|
| SKINNY & COMPANY | 5058 |

**Part 1 - Computation of Indiana Net Operating Loss**

| Name of Entity reporting NOL | Federal Employer Identification Number of Entity reporting NOL |
|---|---|
| SKINNY & COMPANY | 5058 |

Tax Year of Net Operating Loss (must have filed Indiana IT-20 or IT-20NP): MM/DD/YYYY .......... 12/31/2018

Round all entries to the nearest whole dollar

| | | |
|---|---|---|
| 1. Taxable Business Income from IT-20 Line 15 or IT-20NP Line 8 ............... | 1 | −76606 00 |
| 2. Add Foreign Source Dividends deducted from IT-20 Line 12 ............... | 2 | 0 00 |
| 3. Add any modifications to federal net operating losses required under federal law .......... | 3 | 0 00 |
| 4. Add any deduction for contributions to a regional development authority infrastructure fund ......... | 4 | 0 00 |
| 5. Subtract any amount deducted under IRC s. 250(a)(1)(B) ............... | 5 | 0 00 |
| 6. Subtotal ............... | 6 | −76606 00 |
| 7. Apportionment Percentage from IT-20 Line 16(d) or IT-20NP Line 9 ............... | 7 | 100.00 % |
| 8. Multiply Line 6 by Line 7 ............... | 8 | −76606 00 |
| 9. Add or subtract Indiana nonbusiness income (loss) and Indiana non-unitary partnership income ......... | 9 | 0 00 |
| 10. Add lines 8 and 9. If negative, this is the Indiana NOL deduction available ............... | 10 | −76606 00 |

**Part 2 - Computation of Indiana Net Operating Loss Deduction and Carryover**

| Loss Year MM/DD/YYYY | NOL Deduction Used Column A | Balance Available Column B |
|---|---|---|
| 12/31/2018 | | 0 |

| Carryover Available | MM/DD/YYYY | | Prior row Col B - Current Row Col A |
|---|---|---|---|
| 1st year | 12/31/2019 | 0 | 76606 |
| 2nd year | 12/31/2020 | 76606 | 0 |
| 3rd year | | | |
| 4th year | | | |
| 5th year | | | |
| 6th year | | | |
| 7th year | | | |
| 8th year | | | |
| 9th year | | | |
| 10th year | | | |
| 11th year | | | |
| 12th year | | | |
| 13th year | | | |
| 14th year | | | |
| 15th year | | | |
| 16th year | | | |
| 17th year | | | |
| 18th year | | | |
| 19th year | | | |
| 20th year | | | |

24100000000

**Schedule**
**IT-20NOL**

State Form 439
(R17 /8-20)

Indiana Department of Revenue
**Corporate Income Tax**
**Indiana Net Operating Loss Deduction**
Use a minus sign to denote negative amounts.

Page attachment sequence #9

| Name of Corporation or Organization | Federal Employer Identification Number |
|---|---|
| SKINNY & COMPANY | ███ 5058 |

**Part 1 - Computation of Indiana Net Operating Loss**

| Name of Entity reporting NOL | Federal Employer Identification Number of Entity reporting NOL |
|---|---|
| SKINNY & COMPANY | ███ 5058 |

Tax Year of Net Operating Loss (must have filed Indiana IT-20 or IT-20NP): MM/DD/YYYY ············ **12/31/2019**

Round all entries to the nearest whole dollar

| | | |
|---|---|---|
| 1. Taxable Business Income from IT-20 Line 15 or IT-20NP Line 8 | 1 | −1222889 00 |
| 2. Add Foreign Source Dividends deducted from IT-20 Line 12 | 2 | 0 00 |
| 3. Add any modifications to federal net operating losses required under federal law | 3 | 0 00 |
| 4. Add any deduction for contributions to a regional development authority infrastructure fund | 4 | 0 00 |
| 5. Subtract any amount deducted under IRC s. 250(a)(1)(B) | 5 | 0 00 |
| 6. Subtotal | 6 | −1222889 00 |
| 7. Apportionment Percentage from IT-20 Line 16(d) or IT-20NP Line 9 | 7 | 100.00 % |
| 8. Multiply Line 6 by Line 7 | 8 | −1222889 00 |
| 9. Add or subtract Indiana nonbusiness income (loss) and Indiana non-unitary partnership income | 9 | 0 00 |
| 10. Add lines 8 and 9. If negative, this is the Indiana NOL deduction available | 10 | −1222889 00 |

**Part 2 - Computation of Indiana Net Operating Loss Deduction and Carryover**

| Loss Year MM/DD/YYYY | NOL Deduction Used Column A | Balance Available Column B |
|---|---|---|
| 12/31/2019 | | 200184 |

| Carryover Available | MM/DD/YYYY | | Prior row Col B · Current Row Col A |
|---|---|---|---|
| 1st year | 12/31/2020 | 1022705 | 200184 |
| 2nd year | | | |
| 3rd year | | | |
| 4th year | | | |
| 5th year | | | |
| 6th year | | | |
| 7th year | | | |
| 8th year | | | |
| 9th year | | | |
| 10th year | | | |
| 11th year | | | |
| 12th year | | | |
| 13th year | | | |
| 14th year | | | |
| 15th year | | | |
| 16th year | | | |
| 17th year | | | |
| 18th year | | | |
| 19th year | | | |
| 20th year | | | |

24100000000

050411  06-18-20  **1019**



**CASH FLOW 2023**

| | 1/2 | 1/9 | 1/16 | 1/23 | 1/30 | 2/6 | 2/13 | 2/27 | 3/6 | 3/13 | 3/20 | 3/27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts and Disbursements** | | | | | | | | | | | | |
| ERC Funds | | | | | | | | | | | | |
| Online Sales (Shopify, Faire, OAD) | 136 | 744 | 802 | 1,495 | 521 | 418 | 1,291 | 891 | 930 | 1,077 | 1,028 | 156 |
| Check Deposits | | | | | | | | | | | | |
| Paypal | 41 | 70 | 45 | | | 159 | 405 | | | | | |
| Other (Loans, etc) | 5,471 | | 3,309 | | 2,500 | 2,000 | | 34,670 | | | | |
| Liquidation | | | | | | | | | | | | |
| Wholesale Orders | | | | | | | | | | | | |
| | 5,649 | 814 | 4,156 | 1,495 | 3,021 | 2,577 | 1,696 | 35,561 | 930 | 1,077 | 1,028 | 156 |
| **Payable Cost & Expenses** | | | | | | | | | | | | |
| Raw Materials (Perfumery, etc) | | | | | | | | | | | | |
| Storage (Drieske) | | | | | | | | | | | | |
| Insurance (property and car) | | | | | | | | | | | | |
| Supplies & Services | | | | | | | | | | | | |
| Marketing Software ( Mailchimp, Adobe, Dropbox) | | 265 | 87 | 59 | | | | | | | | |
| Admin Software: (Zoom, Docusign, GoDaddy) | 155 | | | 15 | 30 | 13 | | | 106 | | | |
| Phones (Verizon, Grasshopper) | | | | | 239 | | | 316 | | | | |
| Accounting Software (Quickbooks, Bill.com CC processing | 32 | 27 | 5 | | 32 | 8 | 5 | 32 | | | | |
| Bank Fees (acct analysis) | | 234 | | | | | 285 | | | | | |
| Car Lease | | | | | | | | | | | | |
| Credit Card Payments | | | | | | | | 600 | | | | |
| Manufacturing (Carmichael, Graston) | | | | | | | | | | | | |
| Systems (Shopify, SPS, Big Commerce, Google Suite) | 353 | 39 | | | 362 | | 14 | 64 | 288 | | | |
| Other | | | | | | | | | | | | |
| | 540 | 565 | 92 | 74 | 663 | 21 | 303 | 1,011 | 394 | - | - | - |
| **Payroll** | | | | | | | | | | | | |
| Salaries & Wages | 5,471 | | 3,309 | | 5,471 | | 1,400 | 9,471 | | | | |
| Payroll Taxes & Benefits | | | | | | | | | | | | |
| | 5,471 | | 3,309 | | 5,471 | | 1,400 | 9,471 | - | | - | - |
| Other | | | | | | | | | | | | |
| Sales Taxes | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| RE & Per Prop Taxes (Sheriff) | | | | | | | | | | | | |
| Rent, CAM | | | | | | | | | | | | |
| | | - | | | | - | | | | - | - | - |
| **Cash Flow Before Other Activity** | **(363)** | **249** | **755** | **1,421** | **(3,114)** | **2,557** | **(7)** | **25,079** | **536** | **1,077** | **1,028** | **156** |
| **Other Activity** | | | | | | | | | | | | |
| Settlements | | | | | | | | | | | | |
| FFB Loan | | | | | | | | | | | | |
| Blue & Co | | | | | | | | | | | | |
| Legal | | | | | | 2,000 | | 25,000 | | | | |
| Breakout | | | | | | | | | | | | |
| Consultation Fees (Fruition) | | | | | | | | | | | | |
| | - | - | - | - | - | 2,000 | - | 25,000 | - | - | - | - |
| **Net Cash Flow** | **(363)** | **249** | **755** | **1,421** | **(3,114)** | **557** | **(7)** | **79** | **536** | **1,077** | **1,028** | **156** |
| Beginning Cash Balance (Bank) | 856 | 493 | 743 | 1,498 | 2,919 | (195) | 362 | 355 | 434 | 970 | 2,046 | 3,074 |
| **Ending Cash Balance (Bank)** | **493** | **743** | **1,498** | **2,919** | **(195)** | **362** | **355** | **434** | **970** | **2,046** | **3,074** | **3,231** |

**United States Bankruptcy Court**

**IN RE:**

Skinny & Co., Inc.
_____

Case No._____

Chapter _____ 11

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Luke Geddie<br>1143 Woodlawn Ave, Indianapolis, IN 46203 | 75 | Common stockholder |
| Ted & Joy Reese, jointly<br>504 N. Park Ave., Indianapolis, IN 46202 | 17.5 | Common stockholder |
| Pam & Roger Schmidt, jointly<br>10057 Olson Rd., Belvidere, IL 61008 | 5 | Common stockholder |
| Johnathan Henrichsen<br>7751 Normandy Blvd, Indianapolis, IN 46278 | 2.5 | Common stockholder |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

✖ /s/ Luke Geddie
_____

**Signature of individual signing on behalf of the debtor**

**Date** 04/06/2023

**Fill in this information to identify the case and this filing:**

Debtor Name _Skinny & Co., Inc._____

United States Bankruptcy Court for the: _Southern District of Indiana____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/06/2023_          ✖ /s/ Luke Geddie _____
　　　　　　 MM / DD / YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　 Luke Geddie _____
　　　　　　　　　　　　　　　　 Printed name

　　　　　　　　　　　　　　　　 President _____
　　　　　　　　　　　　　　　　 Position or relationship to debtor

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:                                    )
Skinny & Co., Inc.                        )        Case No. _____
_____           )
*[Name of Debtor(s)]*                     )               *(xx-xxxxx)*
_____ ,         )
                        Debtor(s).        )

☐   Check if this form
is submitted with an
amended creditor list.

## <u>VERIFICATION OF CREDITOR LIST</u>

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   04/06/2023                          /s/ Luke Geddie
         _____               _____
                                        Signature of Debtor


                                        _____
                                        Signature of Joint Debtor


**(Note:  Certificate of Service not required.)**

ABF Arcbest
c/o Synter Resource Group
PO Box 63247
Charleston, SC 29419

AD&H Capital, LLC f/k/a Guzza USA, LLC
10501 N. Central Expressway
Suite 250
Dallas, TX 75231

Aerotek
2625 S. Plaza Dr.
Suite 200
Tempe, AZ 85282

AES Indiana
One Monument Circle
PO Box 1595
Indianapolis, IN 46206-1595

Align, LLC
12800 N. Meridian Street
Suite 400
Carmel, IN 46032

American Financial Credit Services
10333 N. Meridian Street
Suite 270
Indianapolis, IN 46290-1144

American Packaging Capital, Inc.
c/o Huntington Bank
PO Box 77077
Minneapolis, MN 55480

American Packaging Capital, Inc.
1491 San Carlos Ave
Concord, CA 94518

Apothecare RX
c/o Luke Geddie
365 E. 75th Street
Indianapolis, IN 46240

Aromatic Fragrances International
85 Wansley Drive
PO Box 1263
Cartersville, GA 30120

Aromaz International
c/o Aaron Bryant Stewart & Cross
3189 Princeton Rd, Suite 217
Hamilton, OH 45011

Associated Integrated Supply Chain Solutions
7954 Solution Center
Chicago, IL 60677-7009

Banleaco, Inc.
11017 Aurora Ave
Attn Dave Sloan
Urbandale, IA 50322

Blue & Co.
12800 N. Meridian Street
Suite 400
Carmel, IN 46032

Bottlestore.com
3 Milltown Ct.
Union, NJ 07083

Braden Business Systems
8700 North Street
Suite 400
Fishers, IN 46038

Brandwise
11757 W. Ken Caryl Ave.
Unit F, PMP 503
Littleton, CO 80127

Breakout Capital LLC
1451 Dolley Madison Blvd.
Suite 200
McLean, VA 22101

Brown & Pratt, Inc.
1345 Brookville Way A
Indianapolis, IN 46239

CedMar Consulting Group, Inc.
5000 Eldorado Pkwy
Frisco, TX 75033

Celigo, Inc.
1820 Gateway Drive
Suite 260
San Mateo, CA 94404

Christina Phillips
Lincoln & Morgan
600 W. Broadway, Suite 700
San Diego, CA 92101

Citizens Energy Group
2020 N. Meridian Street
Indianapolis, IN 46202

Clean Enterprise, Inc.
c/o Luke Geddie
365 E. 75th Street
Indianapolis, IN 46240

Clifton Larsen Allen
9365 Counselors Row
Suite #200
Indianapolis, IN 46240

CNA Insurance
10375 Park Meadows Drive
Suite 300
Littleton, CO 80124

Commercial Collection Corp. of NY
Attn. Rose Baldinelli
34 Seymour Street
Tonawanda, NY 14150

Courtney Gahm-Oldham
Frost Brown Todd LLC
4400 Port Oak Pkwy, Suite 2850
Houston, TX 77027

Creative Labels
197 Marybill Dr.
Troy, OH 45373

Darren Craig & Allyse Wirkkala
Frost Brown Todd LLC
201 N. Illinois Street, Suite 1900
Indianapolis, IN 46244-0961

David L. Wetsch
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street, Ste. 1600
Des Moines, IA 50309-3986

David Noebel
504 N. Park Ave.
Indianapolis, IN 46202

Disaster Loan Servicing Center
2 North 20th Street
Suite 320
Birmingham, AL 35203

DJM Logistics, LLC/Molo Solutions
3802 Old Greenwood Rd.
Fort Smith, AR 72903

DLL Financial Solutions Partner
Caine & Weiner
5805 Sepulveda Blvd., 4th Floor
Van Nuys, CA 91411

Dreiske's Enterprise
17401 Tiller Court,
Suite D
Westfield, IN 46074

Dunstan Hygienic Services, LLC
Kopelowitz Ostrow Ferguson Wieselberg Gi
One West Olas Blvd. Suite 500
Fort Lauderdale, FL 33301

ESP Receivables - Attn Chuck Taquino
639 Lotus Drive North
Suite 3
Mandeville, LA 70471

Fifth Third Bank
MD 1MOC2G
5050 Kingsley Drive
Cincinnati, OH 45227-1115

Fine Lines Company/Gift Girl
455 S. Grand Central Pkwy
Las Vegas, NV 89106

Fine Lines Company/Gift Girl
200 SW Michigan Street
Seattle, WA 98106

First Federal Leasing, A Divisions of First B
31 N. 9th Street
Attn Susan Dixon or Tim Oler
Richmond, IN 47374

First Financial Bank
P.O. Box 42070
Middletown, OH 45042-0070

First Financial Bank - Attn Brad Fenton
Monument Circle Banking Center
11 S. Meridian Street
Indianapolis, IN 46204

Flexport International, LLC
760 Market Street
Floor 8
San Francisco, CA 94102-2300

Flux Pumps
300 Townpark Drive
Suite 130
Kennesaw, GA 30144

Global Payments/TSYS
1 TSYS Way
PO Box 1755
Columbus, GA 31901

Glopal
128 rue de la boetie
OCP Business Center 4
Paris, France 75008,

Gorgias
34 Harriet St.
San Francisco, CA 94103

Grasshopper
333 Summer Street
Boston, MA 02210

Greenberg Grant & Richards
5858 Westheimer Rd.
Suite 500
Houston, TX 77057

GRIN Technologies, Inc.
400 Capital Mall
Suite 900
Sacramento, CA 95814

Gulf Coast Bank & Trust Company
1170 Celebration Blvd.
Suite 100
Kissimmee, FL 34747

H&F Logistics, LLC
13295 Illinois Street
Suite 313
Carmel, IN 46032

Harris & Ford LLC
c/o Craig Helmreich
10 W. Market Street, Suite 1400
Indianapolis, IN 46204

Hey Day Technologies, Inc.
1400-2400 Boul Saint-Laurent
Montreal, Quebec,  H2W 2R2

Hinkley Springs/Primo Water North America
c/o A.G. Adjustments, Ltd.
740 Walk Whitman Rd.
Melville, NY 11747

Ice Miller LLC
Attn Adam Alexander & Robert Jorczak
One American Square, Suite 2900
Indianapolis, IN 46282

Impact Tech, Inc.
223 E. De La Guerra Street
Santa Barbara, CA 93101

Indiana Department of Revenue
Attn Bankruptcy Section
100 North Senate Avenue, MS 108
Indianapolis, IN 46204

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Ivy Stone Group, LLC
301 Commerce Drive
Exton, PA 19341

Jaime Vasquez
9691 Sunset Hill Place
Littleton, CO 80124

Jeffrey Jinks
Tucker Albin & Associates
450 E. 96th Street, Suite 500
Indianapolis, IN 46240

Jeffrey Parker
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Jordan Updike
c/o Eric S. Pavlack & Colin E. Flora
50 E. 91st Street
Indianapolis, IN 46240

Joshua R. Chazen
Miles & Stockbridge P.C.
11 N. Washington St. Suite 700
Rockville, MD 20850

Just Got 2 Have It!
40 John Portman Blvd, NE
Suite #1721
Atlanta, GA 30303

Kabbage
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309

Kimberly D. Jeselskis
Jeselskis Brinkeroff and Joseph, LLC
320 N. Meridian Street, Suite 428
Indianapolis, IN 46204

Law Offices of Anne R. Grupp
1418 Carne Rd.
Suite 200
Ojai, CA 93023

Lincoln Automotive Financial Services
PO Box 6248
Dearborn, MI 48121-6248

Livingston International
440 S. La Salle Street
Suite 3220
Chicago, IL 60605

Lotus Light
1100 E. Lotus Drive
Silver Lake, WI 53170

Luke Geddie
1143 Woodlawn Ave.
Indianapolis, IN 46203

Luke Geddie
1143 Woodlawn Ave
Indianapolis, IN 46203

Luke Geddie
365 E. 75th Street
Indianapolis, IN 46240

Luna Language Services
8935 N. Meridian Street
Indianapolis, IN 46260

MacKenzie A. Watson
Jeselskis Brinkerhoff & Joseph, LLC
320 N. Meridian Street, Suite 428
Indianapolis, IN 46204

Macy's Inc.
c/o TSI Commercial Division
500 Virginia Dr. #514 Ft.
Fort Washington, PA 19034

Marion County Treasurer
200 E. Washington Street
Suite 1001
Indianapolis, IN 46204

Mark Carey
Lincoln & Morgan
600 W. Broadway, Suite 700
San Diego, CA 92101

Matthew T. Barr
Rubin & Levin PC
135 N. Pennsylvania Street, Ste 1400
Indianapolis, IN 46204

Mays Shipping
c/o ESP Receivables
639 Lotus Drive North, Suite 3
Mandeville, LA 70471

Michael Ostreicher
2444 Madison Rd.
Unit 1010
Cincinnati, OH 45208

Mike Will
13818 Roy Anderson Blvd.
Fishers, IN 46038

Moeller Printing
4401 E. New York Street
P.O. Box 11288
Indianapolis, IN 46201

Navitas Credit Corp.
201 Executive Center Drive
Suite 100
Columbia, SC 29210

NetSuite (Wells Fargo)
800 Walnut Street
Des Moines, IA 50309

Nicholas K. Rohner
Weltman Weinberg & Reis Co., LPA
525 Vine Street, Ste 800
Cincinnati, OH 45202

Omar Khalaf
132 Winnetka Rd.
Kenilworth, IL 60043

On Air Direct
1000 Armand Hammer Blvd
Pottstown, PA 19464

Orient Exploration, LLC
3203 Reba Drive
Houston, TX 77019

Orkin
666-Indianapolis Comm
P.O. Box 740589
Cincinnati, OH 45274-0589

Pamela & Roger Schmidt
10057 Olson Rd.
Belvidere, IL 61008

Pamela J. Cox
Harvey Law
8506 Inwood Road
Dallas, TX 75209

Phillip E. Himelstein
324 Mes Rd.
Santa Monica, CA 90402

Pinnacle Legal P.C.
9565 Waples Street
Suite 200
San Diego, CA 92121

Plumb/Tag Management
1227 Prospect Street
Suite 200
La Jolla, CA 92037

PPE Distributors LLC
Kopelowitz, Ostrow, Ferguson, Wieselberg
One West Olas Blvd, Suite 500
Fort Lauderdale, FL 33301

Practical Hospital Services, Inc.
34152 Selva Rd.,
Unity 174
Dana Point, CA 92629-3778

Prima Staffing Solutions, LLC
5628 W. 74th Street
Indianapolis, IN 46278

Printing Partners
929 W. 16th Street
Indianapolis, IN 46202-2214

Prologis NA2 U.S. LLC
6650 Telecomm Drive
Indianapolis, IN 46278

Ray's Trash
3859 East US Highway 40
PO Box 1
Clayton, IN 46118

Reichel Stohry Deal LLP
525 S. Meridian Street
Suite 1A2
Indianapolis, IN 46225

Richards Packaging
c/o BARR Credit Services, Inc.
4555 S. Palo Verde Rd., Suite 1251
Tucson, AZ 85714

Riley Bennett Egloff LLP
500 N. Meridian Street
Suite 550
Indianapolis, IN 46204

Robert Cummins Film Co.
3333 Wrightsville Ave.
Unit G-125
Wilmington, NC 28403

Russell Sherlock
12132 Windpointe Pass
Carmel, IN 46033

Sidhu Trek Transport
4602 Kintz Drive
Indianapolis, IN 46239

Skinny Coconut Oil, LLC
c/o Luke Geddie
365 E. 75th Street
Indianapolis, IN 46240

Spartan Nash
1523 Momentum Place
Chicago, IL 60689-5315

SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782

TCF Equipment Finance, a division of TCF Nati
11100 Wayzata Blvd.
Suite 801
Hopkins, MN 55305

Ted Reese
504 N. Park Ave.
Indianapolis, IN 46202

The Perfumery
621 Park East Blvd.
New Albany, IN 47150

Tom Roush, Inc.
525 David Brown Drive
Westfield, IN 46074

Tom Will
9914 Springstone Rd.
McCordsville, IN 46055

Tory Johnson Productions
155 W. 72nd Street
Suite 403
New York, NY 10023

Toyota Prolift
1888 Research Way
Indianapolis, IN 46231

TSYS Collections
1 Heartland Way
Jeffersonville, IN 47130

U.S. Small Business Administration
409 3rd Street
Washington, DC 20416

Unifirst Corporation
4201 Industrial Blvd.
Indianapolis, IN 46254

UPS Freight
c/o Biehl & Biehl
PO Box 87410
Carol Stream, IL 60188

US Small Business Administration
8500 Keystone Crossing
Indianapolis, IN 46240

Verizon Wireless Bankruptcy Administration
500 Technology Drive
Suite 550
Saint Charles, MO 63304

XACT Data
PO Box 714800
Cincinnati, OH 45271-4800

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____
Southern District of Indiana

In re  Skinny & Co., Inc.

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 23,262.00 _____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 425.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor               ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor               ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who
are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
    whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
    required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
    adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. [Other provisions as needed]

Preparation and filing of a Chapter 11 bankruptcy petition, and representation of the Debtor-in-Possession during the Chapter 11 bankruptcy case. All fees will be charged on an hourly fee basis. A retainer deposit of $25,000 was received to be applied against fees and costs incurred prior to and after the filing of the Petition. As of the Petition Date $_____ of the initial retainer deposit remained available to pay post-petition fees and costs.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/06/2023
_____
Date

/s/ Wendy Brewer, 22669-49
_____
*Signature of Attorney*

Fultz Maddox Dickens, PLC
_____
*Name of law firm*
333 N. Alabama Street
350
Indianapolis, IN 46204